# UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PUNYAMURTULA S. KISHORE,     )
            Plaintiff;       )

                   )   CIV. A. NO.

v.                 )
                 )   JURY TRIAL DEMANDED

ASSURANCE COMPANY OF AMERICA,  )
                 )
         Defendant.     )

MAGISTRATE JUDGE Alexander

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1446(a), defendant, Assurance Company of America ("Assurance"), by and through its undersigned attorneys, hereby removes the above-captioned matter from the Norfolk Superior Court of the Commonwealth of Massachusetts, in which it is now pending, to the United States District Court for the District of Massachusetts, and in support thereof, state as follows:

1.    On September 17, 2004, an action was filed in the Massachusetts Superior Court, Norfolk County, entitled <u>Punyamurtula S. Kishore v. Assurance Company of American</u>, No. CV2004-01502-B.  Copies of the Complaint and Summons are attached hereto and made part hereof as Exhibit "A."

2.    On September 25, 2004, counsel for Assurance was served with a copy of the Complaint.

3.    Plaintiff is a citizen of the Commonwealth of Massachusetts, who, as the Complaint alleges, maintains an address of 535 Clinton Road in Brookline, Massachusetts.

4.    Defendant is a corporation incorporated in the State of New York, with a principal place of business in the State of Illinois at 1400 American Lane, Schaumburg, Illinois.

5.    This removal of the state court action is made pursuant to the provisions of Title 28, United States Code, §1441(a) and (b). The United States District Court for the District of Massachusetts has original jurisdiction over this action because it is a civil action wherein the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, is between citizens of different states, the defendant is not a citizen of the state in which the action is brought, and the cause of action arises out of a dispute involving a construction project in Massachusetts.

6.    Federal jurisdiction exists under 28 U.S.C. §1332 based on the diversity of citizenship of the parties and given that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7.    Venue lies in the District of Massachusetts pursuant to 28 U.S.C. §1391.

8.    This Notice is being filed within 30 days of the date upon which defendant first received a copy of the Complaint.

9.    Pursuant to 28 U.S.C. §1446(j), a copy of the Notice of Removal is being served on counsel for the plaintiff and is being filed with the Clerk of the Norfolk Superior Court of the Commonwealth of Massachusetts.

**ASSURANCE COMPANY OF AMERICA**

By its attorneys,

Dated: October 15, 2004

Anthony R. Zelle, BBO No. 548141
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
Tel: (617) 557-5900
Fax: (617) 557-5999

William F. Stewart, Esquire
Cozen O'Connor
200 Four Falls Corporate Center
Suite 400
West Conshohocken, PA 19428
Phone: (610) 832-8369
Facsimile: (610) 941-5400

## CERTIFICATE OF SERVICE

I, Anthony R. Zelle, hereby certify that on October 15, 2004, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court St., Ste. 960, Boston, MA 02108 by first class mail.

Anthony R. Zelle