# NOTICE TO POLICYHOLDER

COVERAGE CHANGE

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION IN YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

THIS NOTICE HAS BEEN PREPARED IN CONJUNCTION WITH THE IMPLEMENTATION OF CHANGES TO YOUR POLICY.

Your policy has been converted from a term policy with an effective date and an expiration date to a continuous policy that will automatically renew on each policy anniversary date unless cancelled or nonrenewed.

Therefore, your policy will be deemed to expire annually on the anniversary of its inception. We may non-renew the policy effective upon any anniversary date of policy inception subject to any notification requirements imposed by law. We may condition the continuance of coverage beyond any anniversary date of policy inception upon increase in premium, change in limits, change in type of coverage, elimination, reduction or restriction of coverage or increased deductible subject to any notification requirements imposed by law.

If we have not issued notice of nonrenewal effective upon an anniversary date of policy inception, the policy will renew automatically without any lapse in coverage provided timely payment of premium is received. If we condition the continuation of coverage as described above beyond an anniversary of policy inception and you accept the condition(s) by timely payment of premium, the policy will renew automatically without any lapse in coverage.

9C0518 Ed. 11-99

# Notice to Our Customers

## Virtual Consulting Report

se insurance from Zurich North America Small Business, you are insured by one of the leading s. We are always working to improve our products and offer our agents and their clients a little e is to advise you of a new offering we hope you will find helpful in your business. We joined Risk Engineering team to develop a new service called Virtual Consulting. Virtual Consulting is ned to give you valuable information on risk improvement and loss prevention. By using basic on you provided, we are able to generate industry specific loss prevention suggestions including, mation, major causes of loss and recommendations to prevent losses.

: is a detailed report which identifies causes of loss and discusses possible control strategies you aly use in your business. Implementing some of the suggestions has the potential to lead to less :cidents and less employee time off.

is provided free of charge and available from your agent. Please contact them and they will be able mail the document to you. Your agent has also received a notice, asking that they contact you. Make in contact with your agent to examine the document.

ou to take advantage of this service. We are certain you will find this program is a value added feature.

your agent to find out more about Virtual Consulting.

ormation provided through this service is compiled from sources believed to be reliable. We make no ee of results and assume no liability in connection with the information, methods or safety suggestions . Moreover, Zurich Small Business reminds you that this service cannot be assumed to contain every able safety and compliance procedure or that additional procedures might not be required by abnormal or al circumstances.

9S5087 ed. 10/03

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT - POLICY TERM
# (MASSACHUSETTS)

This endorsement modifies provisions in the following forms:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA COVERAGE PART
COMMON POLICY CONDITIONS
CONTRACTORS EQUIPMENT COVERAGE PART

If your policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception. We may non-renew the policy effective upon any anniversary date of policy inception subject to any notification requirements imposed by law. We may condition the continuance of coverage beyond any anniversary date of policy inception upon increase in premium, change in limits, change in type of coverage, elimination, reduction or restriction of coverage or increased deductible subject to any notification requirements imposed by law.

If we have not issued notice of nonrenewal effective upon an anniversary of policy inception, the policy will continue without any lapse in coverage provided timely payment of premium is received. If we condition the continuation of coverage beyond an anniversary of policy inception and you accept the conditions by timely payment of premium, the policy will continue without any lapse in coverage.

9C0039 Ed. 11-99

| POLICY NUMBER | PRODUCER NUMBER | XA | ACCOUNT NUMBER | A+ |
|---|---|---|---|---|
| D | PAS 43013888 | 15P24475 | M014525143-001-00001 | NONE |

RANCH XA ZURICH GROUP -                                    NEW BUSINESS EFF 01/14/2004

A-1
attachment

**ZURICH**

## ASSURANCE COMPANY OF AMERICA
### PRECISION PORTFOLIO POLICY - COMMON DECLARATIONS
### PRECISION AMERICA
### OFFICE PROGRAM

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.



NAMED INSURED AND MAILING ADDRESS

PUNYAMURTULA S. KISHORE
535 CLINTON RD
BROOKLINE MA 02467



AGENCY NAME AND SERVICING ADDRESS

NORTHEAST INSURANCE AGENCY, INC.
648 HIGHLAND AVE
NEEDHAM HEIGHTS MA 02494-2236
(508) 832-0404



BRANCH NAME AND SERVICING ADDRESS

ZURICH GROUP - AUBURN
P.O. BOX 10197
JACKSONVILLE, FL 32247-0197
(800) 800-3907



POLICY PERIOD

| FROM | TO |
|---|---|
| 01/14/2004 | UNTIL CANCELLED/ |
| 12:01 a.m. | NON-RENEWED |

BUSINESS ENTITY:   INDIVIDUAL

### POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts. This premium may be subject to adjustment.

|  | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY AND GENERAL LIABILITY | $    966.00 |
| FEDERAL TERRORISM PREMIUM | $     19.00 |
| TOTAL ANNUAL PREMIUM | $    985.00 |

Countersigned by _____      Date
                              Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc. 1984.
Copyright, Maryland Casualty Company, 1992.

COMMON
955007 Ed 09-02                              INSURED'S COPY                              02/10/2004

1.1.1

| D | PAS 43013888 | | 15924475 | | M014525143-001-00001 | | NONE |

NEW BUSINESS EFF 01/14/2004

**PRECISION PORTFOLIO POLICY**
**SUPPLEMENTAL DECLARATIONS**
**PRECISION AMERICA**
**OFFICE PROGRAM**

**ZURICH**

| COMMON 9S5007 0902 | COMMON POLICY DECLARATIONS RETAINED MINIMUM PREMIUM Commercial Property & Commercial General Liability ~ $100 |
|---|---|
| | |
| | |
| | |
| | |

COMMON
9 Ed 3-00

INSURED'S COPY

1. 2. 1

02/10/2004

| POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|
| D  PAS 43013888 | 15924475 | M014525143-001-00001 | NONE |

BRANCH  XA  ZURICH GROUP -

NEW BUSINESS EFF 01/14/2004



# ZURICH

## PRECISION PORTFOLIO POLICY
## COMMERCIAL PROPERTY DECLARATIONS

### PRECISION AMERICA
### OFFICE PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

For descriptions of premiums, see the attached buildings and personal property schedule.

Insurance at the described premises applies only for coverage for which a limit of insurance is shown. These may be found in this declarations and the attached schedules.

| PRIMARY PROPERTY COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| SCHEDULED BUILDINGS | $1,000 | SEE SCHEDULE |
| AUTOMATIC BUILDING INCREASE | NONE | 2.5% OF LIMITS |
| SCHEDULED PERSONAL PROPERTY | $1,000 | SEE SCHEDULE |
| PEAK SEASON PERSONAL PROPERTY INCREASE | NONE | 50% OF LIMIT |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| ACCOUNTS RECEIVABLE* | NONE | $25,000 |
| ANTENNAE AND SATELLITES* | $1,000 | $1,000 |
| BI & EE - DEPENDENT PROPERTIES - 30 DAYS | NONE | ACTUAL LOSS SUSTAINED |
| BI & EE - NEWLY ACQUIRED PROPERTIES - 180 DAYS | NONE | $250,000 |
| LOSS OF BUSINESS INCOME (BI) AND EXTRA EXPENSE (EE) - 12 MOS | NONE | ACTUAL LOSS SUSTAINED |
| DEBRIS REMOVAL - EACH LOCATION | NONE | $10,000 |
| DEFERRED PAYMENTS | NONE | $5,000 |
| EDP EQUIPMENT AND MEDIA - BLANKET* | $1,000 | $10,000 |
| EMPLOYEE DISHONESTY* | NONE | $10,000 |
| FINE ARTS - BLANKET* | $1,000 | $10,000 |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $10,000 |
| FIRE EXTINGUISHING EQUIPMENT RECHARGE | NONE | $1,000 |
| FORGERY OR ALTERATION* | NONE | $10,000 |
| FREE-STANDING FENCES & WALLS* | $1,000 | $2,500 |

* The limits for these coverages may be increased. Contact your agent.

COMMERCIAL PROPERTY
8S1016 Ed 3-00

INSURED'S COPY

2. 1. 1

02/10/2004

| POLICY NUMBER | | PRODUCER NUMBER | ACCT | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|---|---|
| D | PAS 43013888 | 15924475 | | MO14525143-001-00001 | | NONE | |

BRANCH XA ZURICH GROUP -

NEW BUSINESS EFF 01/14/2004



**ZURICH**

### PRECISION PORTFOLIO POLICY
### COMMERCIAL PROPERTY DECLARATIONS
### PRECISION AMERICA
### OFFICE PROGRAM

| ADDITIONAL COVERAGES & PROPERTY | DEDUCTIBLE | LIMITS | |
|---|---|---|---|
| INSTALLATION* | $1,000 | | $2,500 |
| INVENTORY AND APPRAISAL | NONE | | $5,000 |
| LEASEHOLD INTEREST* | NONE | | $10,000 |
| LESSORS EXPENSE | NONE | | $5,000 |
| LOCK AND KEY REPLACEMENT | NONE | | $1,000 |
| MONEY & SECURITIES – INSIDE THE PREMISES/OUTSIDE THE PREMISES* | NONE | $10,000/ | $2,500 |
| MONEY ORDERS & COUNTERFEIT CURRENCY – $1,000 MAX. EACH ITEM | NONE | | $5,000 |
| NEWLY ACQUIRED OR CONSTRUCTED BUILDINGS – 180 DAYS | $1,000 | | $500,000 |
| OFF-PREMISES POWER OR WATER FAILURE* | $1,000 | | $10,000 |
| PATTERNS, DIES & MOLDS* | $1,000 | | $5,000 |
| PERSONAL EFFECTS AND PERSONAL PROPERTY OF EMPLOYEES | $1,000 | | $2,500 |
| PERSONAL PROPERTY AT NEWLY ACQUIRED OR CONST. BLDGS. – 180 DAYS | $1,000 | | $250,000 |
| PERSONAL PROPERTY AT OTHER LOCATIONS (INCLUDING EXHIBITIONS)* | $1,000 | | $25,000 |
| PERSONAL PROPERTY IN TRANSIT* | $1,000 | | $2,500 |
| POLLUTION CLEAN-UP AND REMOVAL – EACH LOCATION | $1,000 | | $10,000 |
| SALESPERSONS SAMPLES – $2,500 MAX. EACH EMPLOYEE | $1,000 | | $10,000 |
| SIGNS* | $1,000 | | $5,000 |
| SPOILAGE* | $1,000 | | $5,000 |
| TOOLS & EQUIPMENT INCLUDING COMMUNICATION DEVICES – BLANKET* | $1,000 | | $5,000 |
| TREES, SHRUBS, PLANTS AND LAWNS – $1,000 MAX. EACH ITEM | $1,000 | | $10,000 |
| UNAUTHORIZED BUSINESS CARD USE – $1,000 MAX. PER OCCURRENCE | NONE | | $5,000 |
| VALUABLE PAPERS & RECORDS* | NONE | | $25,000 |

\* The limits for these coverages may be increased. Contact your agent.

Mortgagees and Loss Payees are listed on the Commercial Property Supplemental Declarations by building.

**COMMERCIAL PROPERTY**

9S1016 Ed 3-00

INSURED'S COPY

02/10/2004

2. 1. 2

| D | PAS 43013888 | 15924475 | M014525143-001-00001 | NONE |
|---|---|---|---|---|

BRANCH XA  ZURICH GROUP -

NEW BUSINESS EFF 01/14/2004



**ZURICH**

### PRECISION PORTFOLIO POLICY
### BUILDINGS AND PERSONAL PROPERTY SCHEDULE
### PRECISION AMERICA

PREMISES PRIMARY

OCCUPANCY: OFFICE BUILDING – OFFICE OCCUPANCIES ONLY – LESSORS RISK

INSURED'S INTEREST: LESSOR RISK ONLY

CONSTRUCTION: FRAME

PROTECTION CLASS: 004

| | | DEDUCTIBLE | LIMIT |
|---|---|---|---|
| SCHEDULED BUILDINGS | REPLACEMENT COST | $1,000 | $200,000 |
| SCHEDULED PERSONAL PROPERTY | REPLACEMENT COST | $1,000 | $5,000 |
| FULL GLASS BREAKAGE | | $1,000 | INCLUDED |
| BACK-UP OF SEWERS & DRAINS | | $1,000 | $25,000 |
| EQUIPMENT BREAKDOWN | | $1,000 | INCLUDED |
| BUILDING ORDINANCE OR LAW  COVERAGE 'A' | | NONE | INCLUDED |
| BUILDING ORDINANCE OR LAW – COVERAGES 'B' AND 'C' (BLANKET) | | NONE | $50,000 |

PROTECTIVE DEVICES CONDITION APPLIES TO:

COMMERCIAL PROPERTY

SS1017 Ed 6-01

INSURED'S COPY

02/10/2004

2. 2. 1



| POLICY NUMBER | | PRODUCER NUMBER | | ACCOUNT NUMBER | | PAGE |
|---|---|---|---|---|---|---|
| D | PAS 43013888 | 15924475 | | M014525143-001-00001 | | NONE |

BRANCH XA ZURICH GROUP –

NEW BUSINESS EFF 01/14/2004



## PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### ASSURANCE COMPANY OF AMERICA

# ZURICH

| FORM NUMBER | | | | | FORM OR ENDORSEMENT NAME |
|---|---|---|---|---|---|
| * | UGU630A 1102 | | | | FEDERAL TERRORISM ACT DISCLOSURE NOTICE |
| * | 9S5087 1003 | | | | NOTICE TO OUR CUSTOMERS VIRTUAL CONSULTING REPORT |
| * | 9S1031 0595 | X | | | MASSACHUSETTS CHANGES |
| * | 740278 0502 | | | | OFFICE JACKET |
| * | 9S5006 0300 | | | | POLICY COVER PAGE – ASSURANCE COMPANY OF AMERICA |
| * | 9S5014 0300 | | | | POLICY INDEX – PROPERTY AND LIABILITY COVERAGE PARTS |
| * | 9S5007 0902 | | | | COMMON POLICY DECLARATIONS |
| * | 9S5008 0300 | | | | COMMON SUPPLEMENTAL DECLARATIONS |
| * | 9S5008 0300 | | X | | SUPPLEMENTAL DECLARATIONS |
| * | IL0017 1198 | | | | COMMON POLICY CONDITIONS |
| * | 9C0039 1199 | | | | AMENDATORY ENDORSEMENT – POLICY TERM (MASSACHUSETTS) |
| * | IL0913 0498 | | | | INSURANCE INSPECTION SERVICES EXEMPTION FROM LIABILITY |
| * | 9S1016 0300 | X | | | PROPERTY DECLARATION |
| * | 9S1017 0601 | X | | | BUILDING AND PERSONAL PROPERTY SCHEDULE |
| * | 9S1001 0499 | X | | | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.

COMMON
9S5009 Ed 3-00

INSURED'S COPY

02/10/2004

6. 1. 1

| POLICY NUMBER | | PRODUCER NUMBER | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| D | PAS 43013888 | | 15924475 | MO14525143-001-00001 | NONE |

BRANCH XA ZURICH GROUP -

NEW BUSINESS EFF 01/14/2004


# ZURICH

## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
## PRECISION AMERICA
## ASSURANCE COMPANY OF AMERICA
### (CONTINUED)

| FORM NUMBER | | | | | FORM OR ENDORSEMENT NAME |
|---|---|---|---|---|---|
| 9S1220  0701 | X | | | | EXCLUSION FOR SOFTWARE AND DATA-RELATED LOSSES |
| 9S2102  0601 | | X | | | ELECTRONIC DATA LIABILITY AMENDMENT ENDORSEMENT |
| 9S1052  0499 | X | | | | PROPERTY CHANGES |
| 9S1002  1092 | X | | | | CRIME COVERAGE FORM |
| 9S1103  0302 | X | | | | GLASS AMENDATORY ENDORSEMENT |
| 9S1053  0499 | X | | | | LESSORS EXPENSE COVERAGE |
| 9S2008  0300 | | X | | | COMMERCIAL GENERAL LIABILITY DECLARATIONS |
| 9S2009  0300 | | X | | | COMMERCIAL GENERAL LIABILITY SCHEDULE |
| 9S2001  0499 | | X | | | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0062  1202 | | X | | | WAR LIABILITY EXCLUSION |
| 9S2092  0499 | | X | | | PREMIUM AUDIT WAIVER |
| 15153  0989 | X | X | | | ABSOLUTE ASBESTOS EXCLUSION |
| CG0057  0999 | | X | | | AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE |
| 9S2540  0101 | | X | | | FUNGUS EXCLUSION |
| CG2147  0798 | | X | | | EMPLOYMENT-RELATED PRACTICES EXCLUSION |

\* These forms are attached. Remaining forms were attached to a previous copy of the policy.

COMMON
9S5009 Ed 3-00

INSURED'S COPY

02/10/2004

6. 1. 2



| D | PAS 43013888 | | 15924475 | | | M014525143-001-00001 | | | NONE |
|---|---|---|---|---|---|---|---|---|---|
| BRANCH | XA  ZURICH GROUP – | | | | | | | | NEW BUSINESS EFF 01/14/2004 |

## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### ASSURANCE COMPANY OF AMERICA
#### (CONTINUED)

**Z** ZURICH

| FORM NUMBER | | | | FORM DESCRIPTIVE NAME |
|---|---|---|---|---|
| * CG2151 0989 | | X | | AMENDMENT OF LIQUOR LIABILITY EXCL – EXCEPTION FOR SCHOL ACTIVITIES |
| * IL0021 0498 | | X | | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.

COMMON
9S5009 Ed 3-00

INSURED'S COPY

6. 1. 3

02/10/2004

| | POLICY NUMBER | | PRODUCER NUMBER | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|---|
| D | PAS 43013888 | | 15924475 | | MO14525143-001-00001 | NONE |

BRANCH XA  ZURICH GROUP -

ENDORSEMENT EFF 02/23/2004

PRECISION PORTFOLIO POLICY

**ZURICH**

POLICY CHANGES

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| POLICY EFFECTIVE | | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|---|
| FROM | TO | | |
| 01/14/2004 | 01/14/2005 | 02/23/2004 | ASSURANCE COMPANY OF AMERICA |

| NAMED INSURED | PRODUCER |
|---|---|
| PUNYAMURTULA S. KISHORE<br>11 PIERCE ST<br>BROOKLINE MA 02445 | NORTHEAST INSURANCE AGENCY, INC.<br>648 HIGHLAND AVE<br>NEEDHAM HEIGHTS MA 02494-2236 |

**COVERAGE PARTS AFFECTED**

COMMON COVERAGE PART

**CHANGES**

CHANGED FIRST NAMED INSURED ADDRESS TO 11 PIERCE ST
CHANGED FIRST NAMED INSURED ZIP CODE TO 02445-0000
FULL TERM PREMIUM INCLUDING THIS TRANSACTION:  $     985.00
PREMIUM EFFECT OF THIS TRANSACTION:              $        .00

Countersigned by _____

Authorized Representative

Date

Copyright, Insurance Services Office, Inc. 1983.
Copyright, ISO Commercial Risk Services, Inc. 1983.

IL 12 01 06 01

INSURED'S COPY

02/23/2004



| D | PAS 43013888 | 15924476 | M014B25143-001-00001 | NONE |

BRANCH XA  ZURICH GROUP –

NEW BUSINESS EFF 01/14/2004



# ZURICH

## PRECISION PORTFOLIO POLICY
## COMMERCIAL GENERAL LIABILITY DECLARATIONS
## PRECISION AMERICA
## OFFICE PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

### COVERAGES AND LIMITS OF INSURANCE

Some of these coverages are sublimits or are subject to aggregate limits. Refer to your policy to determine how they apply.

| | |
|---|---|
| GENERAL AGGREGATE | $2,000,000 |
| PRODUCTS AND COMPLETED OPERATIONS AGGREGATE | $2,000,000 |
| EACH OCCURRENCE | $1,000,000 |
| TENANTS LEGAL LIABILITY | $1,000,000 |
| MEDICAL EXPENSES – EACH PERSON | $   10,000 |
| PERSONAL INJURY AND ADVERTISING INJURY | $1,000,000 |

COMMERCIAL GENERAL LIABILITY

9S2008 Ed 3-00

INSURED'S COPY

02/10/2004

3.1.1

| | POLICY NUMBER | | PRODUCER NUMBER | | ACCOUNT NUMBER | | ZIP CO |
|---|---|---|---|---|---|---|---|
| D | PAS 43013888 | | 15924475 | | M014525143-001-00001 | | NONE |

BRANCH XA  ZURICH GROUP -

NEW BUSINESS EFF 01/14/2004



### PRECISION PORTFOLIO POLICY
### COMMERCIAL GENERAL LIABILITY DECLARATIONS
### (CONTINUED)
### PRECISION AMERICA
### OFFICE PROGRAM

**EXCLUSIONS AND LIMITATIONS**

ABSOLUTE ASBESTOS EXCLUSION
FUNGUS EXCLUSION

COMMERCIAL GENERAL LIABILITY

9S2008 Ed 3-00

INSURED'S COPY

02/10/2004



| D | PAS 43013888 | 15924475 | M014525143-001-00001 | NONE |

BRANCH XA ZURICH GROUP ~

NEW BUSINESS EFF 01/14/2004



# ZURICH

## PRECISION PORTFOLIO POLICY
## COMMERCIAL GENERAL LIABILITY SCHEDULE

### PRECISION AMERICA

| LOC # | CLASS CODE | LOCATION ADDRESS (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|-------|-----------|------------------------------------------------------|--------------|-----------------|
| 01 | | 15 MAPLE AVE BRIDGEWATER          MA | | |
| | 65124 | OFFICE BUILDING – OFFICE OCCUPANCIES ONLY – LESSORS RISK | NOT APPLICABLE | INCLUDED |

COMMERCIAL GENERAL LIABILITY

9S2009 Ed 3-00

INSURED'S COPY

02/10/2004

3. 2. 1

| POLICY NUMBER | PROGRAM NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|
| D | PAS 43013888 | 15924475 | N014525143-001-00001 | NONE |

BRANCH  XA  ZURICH GROUP -                                    NEW BUSINESS EFF 01/14/2004

# ZURICH

## PRECISION PORTFOLIO POLICY
### SUPPLEMENTAL DECLARATIONS
### PRECISION AMERICA
### OFFICE PROGRAM

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME OR SUPPLEMENTAL INFORMATION |
|---|---|
| LIABILITY<br>CG2151  0989 | AMENDMENT OF LIQUOR LIABILITY EXCL – EXCEPTION FOR SCHDL ACTIVITIES<br>Description of Activities:<br><br>None |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

COMMERCIAL GENERAL LIABILITY
9S5008 Ed 3-00

INSURED'S COPY                                            02/10/2004

3. 3. 1



**ZURICH**

May 17, 2004

Eric Raisman
Public Insurance Adjusters Inc.
245 Country Way
Needham, MA 02492

Re: Claim Number: 535-0005354-001
Insured: Dr. Punyamurtula Kishore
Date of Loss: Unknown - reported as February 7, 2004
Type of Loss: Water/Mold damage
Location of Loss: 15 Maple Street, Bridgewater, MA

Dear Mr. Raisman:

The following sets forth the coverage analysis of the Assurance Company of North America ("Zurich") with respect to the above claim. Based upon the information presented and our investigation as well as the terms and conditions of policy PAS43013888, I regret to inform you that there is no coverage for the above-captioned claim.

Zurich North America.
Environmental Claims
1400 American Lane
Schaumburg IL 60196-1056

Sonal P Dessai, CPCU, AIC, AIS
Claim Specialist

Toll Free Phone
800-695-0575

Direct Phone
847-240-4487

Direct Fax
847-605-7811

Sonal.Dessai@zurichna.com

Facts:

The property at above location was decorated (interior painting, replacing carpet, refinishing hardwood floors) some time in November 2003. The property was originally rental property however it was being leased to the insured on January 14, 2003. Since that time, the insured Dr. Pureshore was in the process of turning the dwelling into an office, however, that has been done with his own money. The dwelling has not been tenanted since policy with building limit of $500,000 and also for Business Personal Property. The effective date of this policy of insurance with us is January 14, 2004. On February 7, 2004 water damage was discovered at the above location. The loss was reported as water damage due to frozen pipes.

Investigation:

As you are aware, we hired Mr. Kevin Macneil of William Kramer & Associates to assist us in investigating this loss. Mr. Macneil contacted the insured on February 11, 2004 and instructed him to contact a plumber to repair the broken pipe(s) and a restoration company to dry the premises. Once this had been done he requested the insured contact him to schedule an inspection. On February 16, 2004 the insured's associate David Rudnicki contacted Mr. Macneil to advise the insured had been unable to locate a plumber or restoration company. An inspection of the premises was conducted on February 19, 2004.

The inspection by Mr. Macneil revealed that there was extensive water damage to the second and first floor ceilings, walls and floors. The insured had advised the basement was flooded with 8-10 inches of water and the boiler was partially submerged. The majority of the damage was located in the left rear portion of the building. The paint on walls was peeling. There was ice on the ceiling insulation and there was ice on the left rear exterior wall. The attic wall panelling was buckling. Mr. Macneil observed that attic area did not have any heat. He also noted that the copper tubing for the baseboard heat on the second floor was not

Page 2

**ZURICH**

connected to the boiler at the time of his inspection. All the visible plumbing throughout the house was intact and showed no signs of pipe breaks due to freezing.

His conversation with Dr. Kishore revealed that Ms. Sky Matthews, the property manager notified Dr. Kishore about the incidents. We were told that Ms. Matthews was a full time employee and came to the above location 3-4 times per week. No one knew the damage when Ms. Matthews █████████████████████████████ to the broken pipe. █████ Dr. Kishore's employment rate as a █████████ ██████ Our requests to ████████████████████████████ Our requests for ████████████ for Dan ██████████ remain unanswered as well. Mr. Macneil had requested you to have the damaged sections of pipe ██████ so ██████ for an █████████. We made several requests to take immediate steps to dry out the premises. However, it appears that dry out process was not started until approximately the 1st week of April 2004.

In his written statement, Dr. Kishore indicated that the dwelling ██████████████ and was ███████ a dental office for his practice. He further indicated that the current intended use was from September 2003 and that all the rooms contained personal property. Mr. Macneil estimated the total area of the dwelling to be 2683.09 sqft. Of this approximately 728.6 sqft ███████████. Barring few pieces of office equipment and some medical equipment, the entire home was vacant. There were no tenants at these premises. As indicated earlier, the above policy of insurance is a Lessors Only policy with very limited coverage for Business Personal Property ███████████████████████████ ██████████████████████ Both the ██████████████████████ January 20, 2004- ██████████. It did not appear that Dr. Kishore was using the dwelling for its intended use- as a dental office for his practice.

## Insurance Policy:

Please refer to item IV. C. Loss Conditions: Duties in the Event of Loss or Damage on page 18 of your BUILDING AND PERSONAL PROPERTY COVERAGE FORM 9s1001 of your policy of insurance with us. It reads:

"In the event of loss or damage to Covered Property, you must:
  b. Give us █████████████ of the loss or damage. Include a description of the property involved."
  c. As soon as possible give us a description of how, when and where the loss or damage occurred.
  d. Take all ██████████████████ the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase Limit of Insurance. Also, if feasible, set the damaged property aside and in the best possible order for examination.
  h. Cooperate with us in the investigation or settlement of the claim."

Please refer to page 21 of your policy of insurance. Under I. Vacancy, item 1. a (2). It reads:

"When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:
  (a) Is not rented; or
  (b) Is not used to conduct customary operations."

Please refer to Item 2. Vacancy Provision: It reads:
  "If the building where the loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage:

Page 3



**ZURICH**

a.   We will not pay for any loss or damage caused by any of the following even if they are Covered
     Causes of Loss:
     (1) Vandalism;
     (2) Sprinkler leakage, unless you have protected the system against freezing;
     (3) Building glass breakage;
     (4) Water damage;
     (5) Theft; or
     (6) Attempted theft.

Please refer to page 7 & 9 of the policy- under II COVERED CAUSES OF LOSS
It reads:

"RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE unless the loss or damage is
excluded or limited as described below:

A.EXCLUSIONS:

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or
damage is excluded regardless of any other cause or event that contributes concurrently or in any
sequence to the loss.

e. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

f. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air
conditioning or other equipment caused by or resulting from freezing unless:
(1) You do your best to maintain heat in the building or structure; or
(2) You drain the equipment and shut off the supply if the heat is not maintained.

Discussion:

As indicated earlier, of the total area of the dwelling of 2683.09 sq.ft approximately 728.6
sq.ft was furnished/occupied. This totals approximately 20% of the dwelling that was
occupied and 80% that was vacant. Also, it did not appear that Mr. Matthew himself was
using the dwelling for its intended use- as a home office for his residence. Ms. Matthews was
the only employee who it appeared used some of the rooms in the dwelling as her office. All
the renovation/remodelling were completed prior to 60 days before the date of loss.

The vacancy provisions of the policy apply to this claim and accordingly there is exclusion for
water damage.

While gas bills were submitted to show that heat was on, our inspection revealed that the
baseboard heat in the second floor rooms was not hooked up to the boiler and the attic did
not have any heat.

There was an undue delay in taking steps to dry out the dwelling. Our requests for getting us
information on the plumber, retaining damaged pipes for our inspection have not been met.

The policy conditions of taking steps to mitigate damages were violated.

In light of the foregoing, Assurance Company of America unfortunately can take no action
on your behalf in connection with this matter and must respectfully deny your claim. By
denying the claim for the foregoing reasons, the insurer is not waiving any other policy term



**ZURICH**

Page 4

or defense which may be applicable. We also reserve the right to rely on any additional grounds for disclaimer that may be subsequently determined to apply.

Please be advised that the denial of this claim is based on information gathered during our investigation. If you have any additional information, which you believe might change this coverage determination, please forward it to us and we will gladly review the information and re-evaluate our findings.

Please call me if you have any questions.

Sincerely,
Assurance Company of America

Sonal P Desai, CPCU, AIC, AIS
Claim Specialist

Cc: Northeast Insurance Agency
648 Highland Ave
Needham Heights MA 02494



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 400    200 FOUR FALLS CORPORATE CENTER    P.O. BOX 800    WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400    800.379.0695    610.941.0711 FAX    www.cozen.com

**William F. Stewart**
Direct Phone 610.832.8356
Direct Fax    877.295.6979
WSTEWART@COZEN.COM

**Madeline Caprioli Hamilton**
Direct Phone 610.832.8352
Direct Fax    215.701.2183
MCAPRIOLI@COZEN.COM

June 18, 2004

**Via Facsimile (781) 444-8840**
**and Certified Mail**
**Return Receipt Requested**

Eric Raisman
Eric Raisman Public Insurance Adjusters, Inc.
245 Country Way
Needham, MA 02492

       Re:   **Dr. Punyamurtula Kishore**
             **Date of Loss: February 7, 2004**
             **Policy No.: PAS 43013888**
             **Claim No.: 5350005354-001**
             **Our File No.: 152429.000**

Dear Mr. Raisman:

Please be advised that we have been retained by Zurich American Insurance Company ("Zurich") regarding the water loss that occurred at 15 Maple Avenue, Bridgewater, MA 02324 on or about February 7, 2004.

We have been retained to provide legal advice to Zurich regarding its investigation of your client's reported loss. The purpose of Zurich's investigation is to