Jun-18-04   11:07am    w-Cozen O'Connor                         810-841   .1          7-792  P.003/007  F-113

June 18, 2004
Page 2

gather sufficient facts relevant to this loss to allow Zurich to make an informed decision regarding its liability, if any, for your client's claim. This investigation is continuing.

As you know, Zurich denied your client's water loss claim by way of letter to you dated May 17, 2004 based on several policy defenses, including the policy's vacancy provision, the exclusion for the continuous or repeated seepage of water over a period of 14 days or more and the insured's failure to mitigate damages. In its May 17, 2004 letter, Zurich reserved its right to assert other policy defenses should it learn additional facts during its investigation to support those additional defenses.

You recently provided Zurich with additional information, including cancelled checks, deposit summaries and transaction detail statements, to attempt to establish that your client's business or employer, Preventative Medicine Associates, Inc., rented the insured property from your client at the time of the loss. This matter, of course, would be relevant to Zurich's analysis of whether the policy's vacancy provision excludes the loss. Therefore, Zurich agrees to continue its investigation of your client's claim of loss. You and your client should be advised, however, that Zurich's original determination of the liability for this loss will remain in effect. If the conclusion of Zurich's continued investigation, Zurich will then advise you accordingly of the results of its investigation. You are hereby advised that nothing done by Zurich, or anyone acting on its behalf, related to the investigation of your client's claim, or the circumstances of your client's loss, shall be construed as an admission of liability by the insurance company.

As the named insured on the pertinent policy of insurance, it is the obligation of Dr. Punyamurtula Kishore to fulfill specific duties after loss. These duties are set forth in the insurance policy that Zurich issued to Dr. Kishore. The pertinent policy provisions read as follows:

IV. LOSS CONDITIONS

C. Duties in the Event of Loss or Damage

1.      In the event of loss or damage to Covered Property, you must:

        *              *              *

        b.      Give us prompt notice of the loss or damage. Include a description of the property involved.

        c.      As soon as possible, give us a description of how, when and where the loss or damage occurred.

June 18, 2004
Page 3

d.    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. Also, if feasible, set the damaged property aside and in the best possible order for examination.

e.    At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f.    As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

g.    Send us a signed, sworn proof of loss containing the information we requested to investigate the claim. You must do this within sixty (60) days after our request. We will supply you with the necessary forms.

h.    Cooperate with us in the investigation or settlement of the claim.

        *          *          *

3.    We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In such event, an insured's answers must be signed.

    Zurich wishes to examine Dr. Punyamurtula Kishore under oath regarding the basis of his claim, the circumstances of the reported loss and any other matters relating to the insurance and the insured property. Accordingly, a demand is hereby made for Dr. Punyamurtula Kishore to appear for an examination under oath to be held on Monday, June 28, 2004, beginning at 10:00 a.m. at the offices of O'Brien & Levine Court Reporting Services located at 1287 Commonwealth Avenue, Allston, MA 02134-4905. The examiner designated by Zurich shall be William F. Stewart, Esquire or Madeline Caprioli Hamilton, Esquire, or any other member of the law firm of Cozen

From Cozen O'Connor

610-84      1              T-782   P.005/007   F-113

June 18, 2004
Page 4

O'Connor, The examination of Dr. Kishore will continue from day to day until concluded. If, for any reason, Dr. Kishore is unavailable for his examination on the above date or at the time or place indicated above, please contact me immediately so that alternative arrangements can be made. In any event, unless Dr. Kishore makes specific arrangements with me, he is expected to appear at the time and place indicated in this letter.

According to the terms and conditions of the insurance policy, Dr. Kishore is also required to produce at or before the time of his examination, the following documentation for our inspection and copying. In the event that any of the requested records exist, but are not in your or your client's possession, please advise which records exist and who presently has possession, custody or control of those documents. You should forward all of the requested records to me at the address set forth on this letterhead as soon as possible prior to the examination under oath. This will allow Zurich's continued investigation to conclude as quickly as possible. Please have your client provide the following records:

(1) The original of all policies of insurance upon which this claim has been made, and any other policies of insurance existing at the time of the loss that may cover the damaged property, including the policy itself, declarations pages, policy jackets, etc.;

(2)   The original or copies of all policies of insurance that Dr. Kishore has ever had on the property located at 15 Maple Avenue, Bridgewater, MA, since he has owed or had any interest in the property, including the policy itself, declarations pages, policy jackets, etc.;

(3)   All original photographs of the exterior or interior of the insured property and/or any insured business or personal property both before and after the loss;

(4)   All documents that evidence and/or indicate Dr. Kishore's ownership of or interest in the insured property at the time of the loss, including the land, building and contents;

(5)   The entire file of Eric Raisman regarding the water loss that is the subject of this claim;

(6)   All documents that reflect insurance claims of any kind or nature whatsoever made by Dr. Kishore or on his behalf, or made on behalf of Preventative Medicine Associates, Inc. and/or Bridgewater Family Medicine at any time, before or after, the water loss that is the subject of this claim;

(7)   All documents that evidence Dr. Kishore's past and present ownership of, interest in or relationship to Preventative Medicine Associates, Inc. and Bridgewater Family Medicine;

Cozen O'Connor    610-54, ./11    T-782  P.006/007  F-118

June 18, 2004
Page 5

(8)    The names of any individuals who may have knowledge of the water loss that is the subject of this claim, and the home and work addresses and telephone numbers of those individuals, including without limitation, Sky Matthews and the individual the insured refers to as "Dan the Plumber";

(9)    All documents that evidence any rental of the insured property from the date Dr. Kishore acquired any ownership or interest in the insured property to the present, including leases, correspondence, bills, receipts for payment of rent, etc.;

(10)    All documents that Dr. Kishore or his representatives or agents sent to or received from any insurance agents, brokers or insurance companies relating to his application or request for any insurance coverage for the insured property;

(11)    All documents that reflect any estimates the insured received from any contractor, building company, repairperson, plumber, etc. related to the water damage that your client claims occurred on or about February 7, 2004;

(12)    All documents that reflect any payments that the insured made to any contractor, building company, repairperson, plumber, etc. related to the repair of any of the water damage that your client claims occurred on or about February 7, 2004;

(13)    All documents that reflect any repairs, work, upgrades, renovations, etc. that Dr. Kishore made to the insured property prior to the water loss that is the subject of this claim;

(14)    All documents that reflect any damage to the insured property by fire, water or any other cause that occurred prior to the water loss that is the subject of this claim;

(15)    All documents that reflect the value of and description of any business or personal property Dr. Kishore claims was damaged by the water loss that is the subject of this claim;

(16)    All documents that reflect the name of any contractor, building company, repairperson, plumber, etc. that you or your client consulted in any fashion regarding the repair of the water damage that your client claims occurred on or about February 7, 2004, regardless of whether or not you or your client used those companies to perform any work or repairs to the insured property;

(17)    As referenced in Pharrel Wener's June 3, 2004 letter to you, all documents that evidence other "tenant at will" relationships that Preventative Medicine Associates has with properties other than the insured property;

June 18, 2004
Page 6

(18)   All documents that pertain to any attempts by Dr. Kishore or anyone acting on his behalf or on behalf of Preventative Medical Associates to obtain a specific type of zoning for the insured property at any time prior to the water loss that is the subject of this claim or the present, including without limitation, correspondence, zoning orders, notes or minutes of zoning meetings, zoning board decisions or determinations, etc.; and

(19)   All other documents or materials that relate to the insurance claim in question or that support the alleged water loss to the extent not already provided to Zurich.

Zurich must examine and evaluate all of the available documents and other writings requested before it can conclude its continued investigation of this claim.  Your client's submission to us of the above listed materials as soon as possible prior to the date of the examination under oath will greatly assist all parties by reducing the amount of time required to conduct the examination. If your client requires more time to collect and produce the demanded documentation, then please advise me of this fact so that we may postpone your client's examination to a mutually convenient time after his documentation has been produced.  If available, original documents and papers are sought, rather than photocopies.

Please be advised that your client does not need to resubmit documents or materials previously provided to Zurich or its agents.   Your client should be prepared, however, to advise Zurich which documents have already been produced, when they were produced and who produced them on behalf of the insured.

Waiving none, but in every respect reserving to the Zurich American Insurance Company all of its rights and defenses under and pursuant to the policy of insurance involved herein, we remain,

Sincerely,

COZEN O'CONNOR

BY:   WILLIAM F. STEWART
      MADELINE CAPRIOLI HAMILTON

MCH/shs

cc:      Dr. Punyamurtula Kishore
         535 Clinton Road
         Chestnut Hill, MA  02467



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 400   200 FOUR FALLS CORPORATE CENTER   P.O. BOX 800   WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400   800.379.0695   610.941.0711 FAX   www.cozen.com

**Madeline Caprioli Hamilton**
Direct Phone  610.832.8352
Direct Fax  215.701.2193
mcaprioli@cozen.com

August 26, 2004

**VIA FACSIMILE - 617-742-7773**

Gordon E. Feener, Esquire
Suite 960
15 Court Square
Boston, MA 02108

Re:   Dr. Punyamurtula Kishore
Our File No.: 152429.000

Dear Mr. Feener:

I am in receipt of you letter dated August 20, 2004 informing me of your representation of Dr. Punyamurtula Kishore. Further, you advised in your letter that you are not available to conduct Dr. Kishore's examination under oath scheduled for August, 30, 2004.

Please allow me to set forth Zurich's position herein regarding the status of Dr. Kishore's claim. We can then discuss this matter to determine whether Dr. Kishore intends to pursue the claim any further.

Zurich denied Dr. Kishore's water loss claim by letter dated May 17, 2004, under several policy provisions, including the policy vacancy provision, the exclusion for the continuous or repeated seepage of water over a period of fourteen (14) days or more and the insured's failure to mitigate damages, based on the information known to Zurich at that time. Dr. Kishore then submitted some documents to show that his medical practice, Preventative Medicine Associates, rented the insured property from him, and asked that Zurich reconsider its coverage position. Zurich advised Dr. Kishore, by letter dated June 18, 2004, to his public adjuster, Eric Raisman, that Zurich did not have sufficient information to withdraw the denial, but that Zurich agreed to continue its investigation of the claim. Zurich wants to provide Dr. Kishore with every opportunity to present any evidence he believes is relevant to the claim. Therefore, Zurich has

Gordon E. Feener, Esquire
August 26, 2004
Page 2

re-opened its investigation of Dr. Kishore's claim to assure that it has considered all available information that may impact its coverage decision.

Please also allow me to correct a statement in your letter regarding an agreed loss figure. Zurich's adjuster did not "refuse" to reach an agreement amount with Mr. Raisman, as you indicate in your letter. Rather, given Zurich's coverage determination, there was no need to reach an agreed figure. Of course, if Zurich's coverage position changes after it concludes its continued investigation of your client's claim, Zurich's adjuster will immediately reach an agreed loss figure with you and/or Mr. Raisman. Again, Zurich must receive additional information from Dr. Kishore in order to continue with investigation of this loss.

To that end, Zurich noticed an examination under oath of Dr. Kishore, and requested that certain documents be produced, pursuant to the policy's cooperation provisions cited in my June 18, 2004 letter to Mr. Raisman. Two months have now passed since I first noticed Dr. Kishore's examination. Zurich wishes to conduct his examination, and review the relevant records, as soon as possible so that Zurich can advise Dr. Kishore of the results of its continued investigation.

If Dr. Kishore intends to pursue this claim further, he is required under the insurance contract to cooperate with Zurich in its investigation of the claim. Therefore, Zurich again requests that Dr. Kishore appear for an examination under oath and produce the records requested in my letters dated June 18, 2004 and August 5, 2004. Please advise me of dates on which you and Dr. Kishore are available and I will do my best to accommodate you both.

I will await hearing back from you in that regard.

Waiving none, but in every respect reserving to the Zurich American Insurance Company all of its rights and defenses under and pursuant to the policy of insurance involved herein, we remain,

Sincerely,

COZEN O'CONNOR

By:    Madeline Caprioli Hamilton

MCH/shs



15 MAPLE AVE
BRIDGEWATER, MASS

15 MAPLE AVE
BRIDGEWATER, MA

Page  1

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|

3RD.FLOOR - ATTIC
23'-6" X 22'-0" X 10'-0"

| Insulate rafters | 752.0 sq' | 0.65 | 488.80 |
|---|---|---|---|
| Insulate walls | 352.0 sq' | 0.65 | 228.80 |
| Panel ceiling and walls. | 1,104.0 sq' | 2.60 | 2,870.40 |
| Replace smoke alarm | 1.0 | 48.00 | 48.00 |
| Remove and reset lights. | 2.0 | 60.00 | 120.00 |
| Refit window | 2.0 | 45.00 | 90.00 |
| Paint windows. | 2.0 | 52.00 | 104.00 |

*floor ?*

FRONT AREA
10'-0" X 12'-0" X 6'-0"

| Insulate rafters | 192.0 sq' | 0.65 | 124.80 |
|---|---|---|---|
| Insulate walls | 60.0 sq' | 0.65 | 39.00 |
| Panel ceiling and walls. | 252.0 sq' | 2.60 | 655.20 |
| Refit window | 1.0 | 45.00 | 45.00 |
| Paint windows. | 1.0 | 52.00 | 52.00 |

BATH
5'-6" X 5'-0" X 8'-0"

| Replace formica vanity. | 2.0 ' | 150.00 | 300.00 |
|---|---|---|---|
| Replace underlayment. | 18.0 sq' | 2.00 | 36.00 |
| Replace vinyl tile floor | 18.0 sq' | 2.95 | 53.10 |
| Note - Plumbing estimate to | 1.0 | 0.00 | 0.00 |
| follow. | | | |

2ND.FLOOR - STAIRCASE TO 3RD.FLOOR
3'-2" X 10'-0"

| Repair walls. | 1.0 | 60.00 | 60.00 |
|---|---|---|---|
| Seal walls | 211.0 sq' | 0.35 | 73.85 |
| Paint walls. | 211.0 sq' | 0.60 | 126.60 |
| Replace carpet. | 7.0 yds. | 38.00 | 266.00 |

FRONT BEDROOM
13'-4" X 12'-9" X 8'-0"

| Plaster ceiling. | 19.0 yds. | 44.00 | 836.00 |
|---|---|---|---|

PAGE TOTAL         6,617.55

15 MAPLE AVE
BRIDGEWATER, MA

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| Seal ceiling | 170.0 sq' | 0.35 | 59.50 |
| Paint ceiling | 170.0 sq' | 0.70 | 119.00 |
| Repair walls | 1.0 allow | 80.00 | 80.00 |
| Seal walls | 417.0 sq' | 0.35 | 145.95 |
| Paint walls. | 417.0 sq' | 0.60 | 250.20 |
| Paint base molding | 52.0 ' | 1.25 | 65.00 |
| Replace carpet. | 20.0 yds. | 38.00 | 760.00 |
| Refit window | 4.0 | 45.00 | 180.00 |
| Paint windows. | 4.0 | 52.00 | 208.00 |
| Paint door units. | 1.0 | 68.00 | 68.00 |

CLOSET
2'-0" X 4'-0" X 8'-0"

| | | | |
|---|---|---|---|
| Plaster complete. | 12.0 yds. | 44.00 | 528.00 |
| Seal ceiling and walls | 104.0 sq' | 0.35 | 36.40 |
| Remove and reset closet trim. | 1.0 | 24.00 | 24.00 |
| Replace 6" base molding | 10.0 ' | 2.10 | 21.00 |
| Paint base molding | 10.0 ' | 1.25 | 12.50 |
| Replace underlayment. | 8.0 sq' | 2.00 | 16.00 |
| Replace vinyl tile floor | 8.0 sq' | 2.95 | 23.60 |
| Refit door units. | 1.0 | 65.00 | 65.00 |
| Paint door units. | 1.0 | 68.00 | 68.00 |

MIDDLE BEDROOM
12'-4" X 10'-9"

| | | | |
|---|---|---|---|
| Plaster ceiling. | 15.0 yds. | 44.00 | 660.00 |
| Seal ceiling | 133.0 sq' | 0.35 | 46.55 |
| Paint ceiling | 133.0 sq' | 0.70 | 93.10 |
| Repair walls | 1.0 | 120.00 | 120.00 |
| Seal walls | 369.0 sq' | 0.35 | 129.15 |
| Paint walls. | 369.0 sq' | 0.60 | 221.40 |
| Paint base molding | 46.0 ' | 1.25 | 57.50 |
| Replace underlayment. | 133.0 sq' | 2.00 | 266.00 |
| Replace vinyl tile floor | 133.0 sq' | 2.95 | 392.35 |
| Paint door units. | 1.0 | 68.00 | 68.00 |

CLOSET
1'-6" X 3'-0"

| | | | |
|---|---|---|---|
| Plaster complete. | 9.0 yds. | 44.00 | 396.00 |
| Seal ceiling and walls | 77.0 sq' | 0.35 | 26.95 |
| Paint ceiling and walls | 77.0 sq' | 0.60 | 46.20 |

PAGE TOTAL

5,253.35

PAOLINI ASSOCIATES

15 MAPLE AVE
BRIDGEWATER, MA

Page    3

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| Replace underlayment. | 5.0 sq' | 2.00 | 10.00 |
| Replace vinyl tile floor | 5.0 sq' | 2.95 | 14.75 |
| Paint door units. | 1.0 | 68.00 | 68.00 |
| Rebuild pipe chase | 1.0 allow | 60.00 | 60.00 |

**REAR BEDROOM**
12'-6" X 9'-4"

| | | | |
|---|---|---|---|
| Plaster ceiling. | 13.0 yds. | 44.00 | 572.00 |
| Seal ceiling | 117.0 sq' | 0.35 | 40.95 |
| Paint ceiling | 117.0 sq' | 0.70 | 81.90 |
| Repair walls | 1.0 allow | 80.00 | 80.00 |
| Seal walls | 349.0 sq' | 0.35 | 122.15 |
| Paint walls. | 349.0 sq' | 0.60 | 209.40 |
| Paint floor | 117.0 sq' | 1.00 | 117.00 |
| Paint door units. | 1.0 | 68.00 | 68.00 |
| Paint windows. | 1.0 | 52.00 | 52.00 |
| Paint closets. | 1.0 | 60.00 | 60.00 |
| Paint closet doors. | 1.0 | 68.00 | 68.00 |

**KITCHEN**
17'-8" X 13'-8"

| | | | |
|---|---|---|---|
| Plaster complete. | 82.0 yds. | 44.00 | 3,608.00 |
| Seal ceiling | 241.0 sq' | 0.35 | 84.35 |
| Paint ceiling | 241.0 sq' | 0.70 | 168.70 |
| Repair walls | 1.0 | 120.00 | 120.00 |
| Seal walls | 501.0 sq' | 0.35 | 175.35 |
| Paint walls. | 501.0 sq' | 0.60 | 300.60 |
| Paint base molding | 63.0 ' | 1.25 | 78.75 |
| Replace underlayment. | 241.0 sq' | 2.00 | 482.00 |
| Replace vinyl tile floor | 241.0 sq' | 2.95 | 710.95 |
| Paint windows. | 2.0 | 52.00 | 104.00 |
| Paint door units. | 1.0 | 68.00 | 68.00 |
| Replace 2'-0" electric stove | 1.0 | 390.00 | 390.00 |

**BATH**
9'-0" X 5'-8" X 8'-0"

| | | | |
|---|---|---|---|
| Plaster complete. | 32.0 yds. | 44.00 | 1,408.00 |
| Seal ceiling | 51.0 sq' | 0.35 | 17.85 |
| Paint ceiling | 51.0 sq' | 0.70 | 35.70 |
| Ceramic tile walls. | 120.0 sq' | 12.00 | 1,440.00 |
| Seal walls | 115.0 sq' | 0.35 | 40.25 |

PAGE TOTAL

10,856.65

FAOLINI ASSOCIATES

15 MAPLE AVE
BRIDGEWATER, MA

Page   4

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| Paint walls. | 115.0 sq' | 0.60 | 69.00 |
| Replace cove base | 20.0 ' | 2.00 | 40.00 |
| Replace underlayment. | 51.0 sq' | 2.00 | 102.00 |
| Replace linoleum flooring. | 6.0 yds. | 38.00 | 228.00 |
| Replace special mill window trim. | 1.0 | 98.00 | 98.00 |
| Paint windows. | 1.0 | 52.00 | 52.00 |
| Remove and reset bath fixtures | 4.0 hrs. | 82.00 | 328.00 |
| Replace formica counter top. | 2.0 ' | 40.00 | 80.00 |
| Remove and reset medicine cabinet | 1.0 allow | 24.00 | 24.00 |
| Replace special mill door casing | 1.0 sides | 88.00 | 88.00 |
| Paint door units. | 1.0 | 68.00 | 68.00 |

RIGHTSIDE BEDROOM AND CLOSET
8'-10" X 10'-2"

| Plaster ceiling. | 10.0 yds. | 44.00 | 440.00 |
|---|---|---|---|
| Seal ceiling | 90.0 sq' | 0.35 | 31.50 |
| Paint ceiling | 90.0 sq' | 0.70 | 63.00 |
| Repair walls | 1.0 | 120.00 | 120.00 |
| Seal walls | 304.0 sq' | 0.35 | 106.40 |
| Paint walls. | 304.0 sq' | 0.60 | 182.40 |
| Paint base molding | 38.0 ' | 1.25 | 47.50 |
| Paint door units. | 1.0 | 68.00 | 68.00 |
| Replace rug and pad | 12.0 yds. | 34.00 | 408.00 |
| Refit window | 1.0 | 45.00 | 45.00 |
| Paint windows. | 1.0 | 52.00 | 52.00 |

MIDDLE HALL AND STAIRCASE
4'-9" X 3'-2" + 3'-2" X 10'-0" + 4'-0" X 3'-6"

| Plaster ceiling. | 7.0 yds. | 44.00 | 308.00 |
|---|---|---|---|
| Seal ceiling | 61.0 sq' | 0.35 | 21.35 |
| Paint ceiling | 61.0 sq' | 0.70 | 42.70 |
| Repair walls | 1.0 allow | 80.00 | 80.00 |
| Seal walls | 343.0 sq' | 0.35 | 120.05 |
| Paint walls. | 343.0 sq' | 0.60 | 205.80 |
| Paint base molding | 28.0 ' | 1.25 | 35.00 |
| Replace rug and pad | 10.0 yds. | 34.00 | 340.00 |

PAGE TOTAL          3,893.70

15 MAPLE AVE
BRIDGEWATER, MA

Page   5

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| **HALL AND STAIRCASE** | | | |
| 6'-3" X 9'-0" + 5'-0" X 6'-0" | | | |
| Plaster ceiling. | | | |
| Seal ceiling | 10.0 yds. | 44.00 | 440.00 |
| Paint ceiling | 86.0 sq' | 0.35 | 30.10 |
| Repair walls | 86.0 sq' | 0.70 | 60.20 |
| Replace 8" base and cap | 1.0 allow | 80.00 | 80.00 |
| Seal walls | 26.0 ' | 3.95 | 102.70 |
| Paint base molding | 340.0 sq' | 0.35 | 119.00 |
| Paint walls. | 26.0 ' | 1.25 | 32.50 |
| Paint windows. | 340.0 sq' | 0.60 | 204.00 |
| Paint door units. | 1.0 | 52.00 | 52.00 |
| Remove and reset smoke alarm | 1.0 | 68.00 | 68.00 |
| Replace rug and pad | 1.0 allow | 24.00 | 24.00 |
| | 12.0 yds. | 34.00 | 408.00 |
| **STAIRCASE TO 1ST.FLOOR** | | | |
| 3'-3" X 9'-0" | | | |
| Plaster ceiling. | | | |
| Seal ceiling | 3.0 yds. | 44.00 | 132.00 |
| Paint ceiling | 29.0 sq' | 0.35 | 10.15 |
| Repair walls | 29.0 sq' | 0.70 | 20.30 |
| Seal walls | 1.0 allow | 80.00 | 80.00 |
| Paint walls. | 196.0 sq' | 0.35 | 68.60 |
| Refit window | 196.0 sq' | 0.60 | 117.60 |
| Paint windows. | 1.0 | 45.00 | 45.00 |
| | 1.0 | 52.00 | 52.00 |
| **1ST.FLOOR - LIVINGROOM** | | | |
| 13'-3" X 16'-0" X 9'-2" | | | |
| Plaster ceiling. | | | |
| Seal ceiling | 24.0 yds. | 44.00 | 1,056.00 |
| Paint ceiling | 212.0 sq' | 0.35 | 74.20 |
| Repair walls | 212.0 sq' | 0.70 | 148.40 |
| Seal walls | 1.0 | 120.00 | 120.00 |
| Paint walls. | 536.0 sq' | 0.35 | 187.60 |
| Refit door units. | 536.0 sq' | 0.60 | 321.60 |
| Paint door units. | 1.0 | 65.00 | 65.00 |
| Paint windows. | 1.0 | 68.00 | 68.00 |
| Paint cased opening | 4.0 | 52.00 | 208.00 |
| Replace hardwood flooring. | 1.0 | 40.00 | 40.00 |
| Renail underlayment. | 212.0 sq' | 8.95 | 1,897.40 |
| | 212.0 sq' | 1.00 | 212.00 |

PAGE TOTAL

6,544.35

15 MAPLE AVE
BRIDGEWATER, MA

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| Paint base molding | 50.0 ' | 1.25 | 62.50 |
| FRONT STAIRCASE | | | |
| 9'-9" X 8'-9" + 4'-0" X 8'-0" | | | |
| | | | |
| Plaster ceiling. | | | |
| Seal ceiling | 10.0 yds. | 44.00 | 440.00 |
| Paint ceiling | 90.0 sq' | 0.35 | 31.50 |
| Replace overhead outlets. | 90.0 sq' | 0.70 | 63.00 |
| Remove and reset lights. | 1.0 | 55.00 | 55.00 |
| Seal walls | 1.0 | 60.00 | 60.00 |
| Paint walls. | 486.0 sq' | 0.35 | 170.10 |
| Replace stair balusters. | 486.0 sq' | 0.60 | 291.60 |
| Paint staircase. | 15.0 | 22.00 | 330.00 |
| Replace rug and pad | 1.0 | 400.00 | 400.00 |
| Paint window units. | 18.0 yds. | 34.00 | 612.00 |
| Refit door unit | 1.0 | 25.00 | 25.00 |
| Paint door unit | 1.0 allow | 75.00 | 75.00 |
| | 1.0 | 80.00 | 80.00 |
| MIDDLE DEN | | | |
| 12'-4" X 16'-6" + 2'-0" X 6'-8" | | | |
| | | | |
| Plaster complete. | | | |
| Seal ceiling | 87.0 yds. | 44.00 | 3,828.00 |
| Paint ceiling | 217.0 sq' | 0.35 | 75.95 |
| Replace overhead outlets. | 217.0 sq' | 0.70 | 151.90 |
| Light fixture | 1.0 | 55.00 | 55.00 |
| Replace ceiling molding | 1.0 | 68.00 | 68.00 |
| Paint ceiling molding | 62.0 ' | 3.00 | 186.00 |
| Seal walls | 62.0 ' | 1.00 | 62.00 |
| Paint walls. | 565.0 sq' | 0.35 | 197.75 |
| Replace 8" base and cap | 565.0 sq' | 0.60 | 339.00 |
| Paint base molding | 48.0 ' | 3.95 | 189.60 |
| Replace underlayment. | 48.0 ' | 1.25 | 60.00 |
| Replace carpet. | 217.0 sq' | 2.00 | 434.00 |
| Replace special mill window trim. | 28.0 yds. | 32.00 | 896.00 |
| Paint windows. | 3.0 | 98.00 | 294.00 |
| Replace window shades | 3.0 | 52.00 | 156.00 |
| Replace special mill cased opening | 3.0 | 30.00 | 90.00 |
| Paint cased opening | 3.0 | 124.00 | 372.00 |
| Replace wood stove. | 3.0 | 40.00 | 120.00 |
| Refit door units. | 1.0 | 1,100.00 | 1,100.00 |
| Replace special mill door | 1.0 | 65.00 | 65.00 |
| | 1.0 sides | 88.00 | 88.00 |

PAGE TOTAL                11,373.40

15 MAPLE AVE
BRIDGEWATER, MA

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| casing | | | |
| Paint door units. | 1.0 | 68.00 | 68.00 |
| | | | |
| SIDE HALL | | | |
| 5'-2" X 3'-6" X 7'-0" | | | |
| | | | |
| Plaster ceiling. | | | |
| Seal ceiling | 2.0 yds. | 44.00 | 88.00 |
| Paint ceiling | 18.0 sq' | 0.35 | 6.30 |
| Repair walls | 18.0 sq' | 0.70 | 12.60 |
| Seal walls | 1.0 allow | 80.00 | 80.00 |
| Paint walls. | 121.0 sq' | 0.35 | 42.35 |
| Replace underlayment. | 121.0 sq' | 0.60 | 72.60 |
| Replace linoleum flooring. | 18.0 sq' | 2.00 | 36.00 |
| Replace special mill door | 2.0 yds. | 38.00 | 76.00 |
| casing | 2.0 sides | 88.00 | 176.00 |
| Paint door units. | 2.0 | 68.00 | 136.00 |
| Paint closets. | 1.0 | 60.00 | 60.00 |
| | | | |
| REAR OFFICE | | | |
| 12'-2" X 16'-4" | | | |
| | | | |
| Plaster ceiling. | | | |
| Seal ceiling | 22.0 yds. | 44.00 | 968.00 |
| Paint ceiling | 199.0 sq' | 0.35 | 69.65 |
| Replace overhead outlets. | 199.0 sq' | 0.70 | 139.30 |
| Light fixture | 1.0 | 55.00 | 55.00 |
| Plaster (1) wall. | 1.0 | 68.00 | 68.00 |
| Seal walls | 12.0 yds. | 44.00 | 528.00 |
| Paint walls. | 523.0 sq' | 0.35 | 183.05 |
| Paint base molding | 523.0 sq' | 0.60 | 313.80 |
| Replace hardwood flooring. | 52.0 ' | 1.25 | 65.00 |
| Renail underlayment. | 199.0 sq' | 8.95 | 1,781.05 |
| Replace special mill window | 199.0 sq' | 1.00 | 199.00 |
| trim. | 1.0 | 98.00 | 98.00 |
| Paint windows. | | | |
| Replace window shades | 3.0 | 52.00 | 156.00 |
| | 3.0 | 30.00 | 90.00 |
| KITCHEN | | | |
| 11'-4" X 10'-0" + 10'-0" X 6'-8" | | | |
| | | | |
| Plaster complete. | | | |
| Seal ceiling | 77.0 yds. | 44.00 | 3,388.00 |
| Paint ceiling | 180.0 sq' | 0.35 | 63.00 |
| | 180.0 sq' | 0.70 | 126.00 |

PAGE TOTAL

9,232.70

IAOLINI ASSOCIATES

15 MAPLE AVE
BRIDGEWATER, MA

Page    8

## DESCRIPTION

| Description | QTY | @ | TOTAL |
|---|---|---|---|
| Replace overhead outlets. | 3.0 | | |
| Light fixture | 2.0 | 55.00 | 165.00 |
| Replace hanging light fixture | 1.0 | 68.00 | 136.00 |
| Replace z-brick walls. | 168.0 sq' | 120.00 | 120.00 |
| Seal top walls | 313.0 sq' | 7.50 | 1,260.00 |
| Paint walls. | 313.0 sq' | 0.35 | 109.55 |
| Replace underlayment. | 180.0 sq' | 0.60 | 187.80 |
| Replace vinyl tile floor | 180.0 sq' | 2.00 | 360.00 |
| Replace top wood cabinets. | 8.5 ' | 2.95 | 531.00 |
| Replace formica counter top. | 11.5 ' | 210.00 | 1,785.00 |
| Replace base cabinets. | 11.5 ' | 40.00 | 460.00 |
| Replace ceiling molding. | 16.0 ' | 280.00 | 3,220.00 |
| Replace valance. | 3.0 ' | 4.00 | 64.00 |
| Replace special mill window trim. | 1.0 | 34.00 | 102.00 |
| Replace window trim | | 98.00 | 98.00 |
| Paint windows. | 2.0 | | |
| Replace dryer outlet | 3.0 | 80.00 | 160.00 |
| Replace wall outlets. | 1.0 | 52.00 | 156.00 |
| Remove and reset sink | 1.0 | 110.00 | 110.00 |
| Replace special mill door casing | 3.0 hrs. | 55.00 | 55.00 |
| Paint basement door | 1.0 sides | 82.00 | 246.00 |
| Replace solid core door unit. | | 88.00 | 88.00 |
| Replace door casing | 1.0 | | |
| Paint door units. | 1.0 | 52.00 | 52.00 |
| Replace lockset | 1.0 | 420.00 | 420.00 |
| Replace dead bolt | 1.0 | 42.00 | 42.00 |
| | 1.0 | 68.00 | 68.00 |
| | 1.0 | 55.00 | 55.00 |
| | | 60.00 | 60.00 |

STAIRCASE
3'-0" X 8'-0"

| Description | QTY | @ | TOTAL |
|---|---|---|---|
| Plaster walls. | | | |
| Seal walls | 13.0 yds. | 44.00 | 572.00 |
| Paint walls. | 144.0 sq' | 0.35 | 50.40 |
| Paint staircase | 144.0 sq' | 0.60 | 86.40 |
| Refit door units. | 1.0 | 300.00 | 300.00 |
| Replace special mill door casing | 1.0 | 65.00 | 65.00 |
| Paint door units. | 1.0 sides | 88.00 | 88.00 |
| | 1.0 | 68.00 | 68.00 |

BATH
5'-9" X 5'-6" X 9'-2"

| Description | QTY | @ | TOTAL |
|---|---|---|---|
| Plaster complete. | 26.0 yds. | 44.00 | 1,144.00 |

PAGE TOTAL

12,484.15

15 MAPLE AVE
BRIDGEWATER, MA

| DESCRIPTION | QTY | @ | TOTAL |
|---|---|---|---|
| Seal ceiling | 32.0 sq' | — | |
| Paint ceiling | 32.0 sq' | 0.35 | 11.20 |
| Marlite walls. | 88.0 sq' | 0.70 | 22.40 |
| Seal top walls | 118.0 sq' | 4.00 | 352.00 |
| Paint walls. | 118.0 sq' | 0.35 | 41.30 |
| Replace underlayment. | 32.0 sq' | 0.60 | 70.80 |
| Replace linoleum flooring. | 4.0 yds. | 2.00 | 64.00 |
| Remove and reset bath fixtures | 4.0 hrs. | 38.00 | 152.00 |
| Replace formica counter top. | | 82.00 | 328.00 |
| Replace vanity. | 3.0 ' | 40.00 | 120.00 |
| Replace special mill window trim. | 3.0 ' | 145.00 | 435.00 |
| Paint windows. | 1.0 | 98.00 | 98.00 |
| Replace window shades | 1.0 | | |
| Replace 4" base molding | 1.0 | 52.00 | 52.00 |
| Paint base molding | 16.0 ' | 30.00 | 30.00 |
| Replace 2'-6" x 6'-6" bi-fold door units. | 16.0 ' | 3.00 | 48.00 |
| Paint door units. | 1.0 | 1.25 | 20.00 |
| | 1.0 | 215.00 | 215.00 |

REAR BASEMENT
16'-0" X 14'-0"

| | | | |
|---|---|---|---|
| | 1.0 | 68.00 | 68.00 |
| Plaster ceiling. | 25.0 yds. | 44.00 | 1,100.00 |
| Paint floor | 600.0 sq' | 1.00 | 600.00 |
| Checking electrical outlets and meggar test circuits. | 1.0 | 450.00 | 450.00 |

GENERAL

| Gutting out and prepare job | | | |
|---|---|---|---|
| Removal of debris | 1.0 allow | 9,600.00 | 9,600.00 |
| Electricity during rebuilding | 2.0 dumpster | 850.00 | 1,700.00 |
| Final clean-up | 1.0 allow | 120.00 | 120.00 |
| Job supervision | 1.0 | 600.00 | 600.00 |
| Note - Plumbing estimate to follow. | 1.0 weeks | 1,680.00 | 1,680.00 |
| Permits and applications. | 1.0 | 0.00 | 0.00 |
| Note - Cleaning estimate to follow. | 1.0 | 680.00 | 680.00 |
| | 1.0 | | 0.00 |

PAGE TOTAL                18,657.70

15 MAPLE AVE
BRIDGEWATER, MASS

|  |  |  |
|---|---|---|
| TOTAL OF PAGES: | $ | 84,976.05 |
| 5% SALES TAX: | | 1,416.27 |
| | $ | 86,392.32 |
| 10% OVERHEAD: | | 8,639.23 |
| | $ | 95,031.55 |
| 15% PROFIT: | | 14,254.74 |
| TOTAL: | $ | 109,286.29 |

10 2

FAOLINI ASSOCIATES

# NOTICE OF CANCELLATION OR NON-RENEWAL

ASSURANCE COMPANY OF AMERICA
(Refer to envelope for insurance company address)

Insured's Name and Address

PUNYAMURTULA S. KISHORE
11 PIERCE ST
BROOKLINE MA 02445

Policy Number PAS 43013888

Policy Effective Date 01/14/2004

Cancellation/Non–Renewal
Effective Date 04/04/2004        Noon Local Time
                                 X 12:01 A.M. Local Time

(Applicable paragraphs marked "X")

_X_ 1. You are hereby notified that your policy identified above is cancelled on the date and time shown above.

_ 2. You are hereby notified that your policy identified above will not be renewed. It expires on the date and time shown above.

_X_ 3. See Attachment Form # 990046 _____ for a statement of your rights.

_ 4. Cancellation is due to nonpayment of premium.

_ 5. Non–renewal is due to nonpayment of premium.

_X_ 6. Reason(s) for cancellation or non–renewal:

PHYSICAL CHANGE IN THE INSURED PROPERTY WHICH INCREASE THE INSURED HAZARD

CONSULT YOUR AGENT FOR ASSISTANCE IN SECURING REPLACEMENT INSURANCE COVERAGE.
Premium adjustment, if any, will be made in accordance with the policy audit and/or cancellation and non–renewal conditions. If a return premium is due, it will be sent to the First Named Insured. If an additional premium is due, payment will be requested of the First Named Insured. Any Lienholder/Mortgagees listed on the policy identified above will be notified.

Agent's Name and Address

NORTHEAST INSURANCE AGENCY, INC.
648 HIGHLAND AVE
NEEDHAM HEIGHTS MA 02494–2236
(508) 832–0404

03/19/2004
Date of Mailing

990021 (1/94)                    ZDW FILE COPY

# MASSACHUSETTS ATTACHMENT

Applicable items marked with [X].

[X] 1.  We are notifying you that your policy will not be renewed when it expires.

Massachusetts Law provides that no insurance company shall refuse to renew a motor vehicle liability policy based on the ownership or operation of a motor vehicle because of age, sex, race, occupation, marital status or principal place of garaging of the vehicle.

### IMPORTANT NOTICE

You are required to have compulsory insurance in order to maintain the registration of your auto. Because we are not renewing your policy, you must arrange to replace your insurance with another company as soon as possible. A new certification of insurance must be filed with the Registry of Motor Vehicles before your present policy expires.

Massachusetts Law provides that you are eligible to obtain all or most of the non-renewed coverages from the Commonwealth Automobile Reinsurers. Most insurance agents and brokers are authorized to provide insurance through this association.

If you purchase a new policy, your new insurance company must offer to sell you optional insurance coverages. Companies may refuse Collision and Comprehensive cover-ages under certain circumstances. All optional coverages are subject to certain deduct-ibles and limits specified in Massachusetts Law.

### To Agents and Brokers

If this notice is sent to any agent or broker, the agent or broker must forward it to the insured within fifteen days of its receipt, unless another company has executed a new certificate of insurance. Failure to do so may result in revocation of your agent's or broker's license.

[ ] 2.  Replacement Insurance Information. You are hereby advised that we are unable to afford you certain insurance coverages for your property. We suggest that you consult another Company or Agent or Broker regarding placement of this coverage. Should coverage be unavailable, you may wish to avail yourself of the services of the Massachusetts Property Insurance Underwriting Association, Three Center Plaza, Boston, Massachusetts 02108 either through your present Agent or Broker or directly upon application to the above named Association.

990046 Ed. 1-95

ZDW FILE COPY

# ASSURANCE COMPANY OF AMERICA
# CANCELLATION PROCESSING NOTICE

For your information, a cancellation has been processed on the following policy. This cancellation has resulted in premium adjustments per the recap below. Should you have any questions please contact your underwriter.

Insured's Name:            PUNYAMURTULA S. KISHORE

Policy Number:             PAS 43013888

Policy Effective Date:      01/14/2004

Policy Expiration Date:     01/14/2005

Producer Name:             NORTHEAST INSURANCE AGENCY, INC.

Producer Number:           15924475

Issuing Field Office:       ZURICH GROUP - AUBURN

Cancellation Effective Date:  04/04/2004

Cancellation Reason:
   PHYSICAL CHANGE IN THE INSURED PROPERTY WHICH INCREASE THE INSURED HAZARD

Premium:

PROPERTY PREMIUM

                                              $770.00~

TOTAL PREMIUM CREDIT

                                              $770.00~

9C0029 Ed. 1-98

            ZDN FILE COPY