# UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE, | ) |
| Plaintiff; | ) |
| | ) CIV. A. NO. |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| ASSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Assurance Company of America in the above-captioned action, certifies that Assurance Company of America is a wholly owned subsidiary of Maryland Casualty Company, a Maryland corporation. Maryland Casualty Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation. (The remaining 0.1289% is owned by ZGA US Limited). Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c. and 57% by Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts.

BOST1-840286-1

                                ASSURANCE COMPANY OF AMERICA

                                By its attorneys,

Dated: October 15, 2004

                                Anthony R. Zelle, BBO No. 548141
                                **ROBINSON & COLE LLP**
                                One Boston Place
                                Boston, MA 02108-4404
                                Tel: (617) 557-5900
                                Fax: (617) 557-5999

## CERTIFICATE OF SERVICE

I, Anthony R. Zelle, hereby certify that on October 15, 2004, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court St., Ste. 960, Boston, MA 02108 by first class mail.

                                Anthony R. Zelle