# Exhibit A to

# Answer and Affirmative Defenses of Defendant Assurance Company of America

COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases in quotation marks have special meaning. Refer to the DEFINITIONS section of this form.

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form.

## QUICK REFERENCE

| SECTION OF THIS FORM | BEGINS ON PAGE |
|---|---|
| Coverage | 1 |
|    Covered Property | 1 |
|    Covered Causes of Loss | 7 |
| Additional Coverages | 13 |
| Limits of Insurance | 18 |
| Deductible | 18 |
| Commercial Property Conditions | 18 |
|    Loss Conditions | 18 |
|    General Conditions | 22 |
| Definitions | 24 |

## COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

I. **COVERED PROPERTY**

The following items are Covered Property in this policy if shown in the Declarations along with a Limit of Insurance.

A. **Building**, meaning buildings and structures scheduled in the Declarations at a "described premises".

B. The following property if within 1000 feet of the "described premises":

1. Completed additions;

2. Permanently installed fixtures, machinery and equipment;

3. Indoor and outdoor equipment and other personal property used to maintain or service the "described premises";

4. Unless covered by other insurance:

(a) Incomplete additions and their component parts; and

(b) Materials, equipment, supplies and temporary structures to be used in completing those additions.

C. However, Covered Property does not include:

1. Land, water, growing crops, bridges, unattached retaining walls, patios or paved surfaces;

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1996
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

2. Foundations of buildings, supports, structures, machinery or boilers if the foundations are below:

   (a) The lowest basement floor; or

   (b) The surface of the ground, if there is no basement.

3. Property that is more specifically insured in this or another insurance policy.

D. **Newly Acquired or Constructed Buildings.**

If you acquire or commence construction on non-scheduled buildings after the inception date of this policy, such building(s) are Covered Property. However, this Coverage ends for each such building upon the earlier of:

1. The expiration of this policy;

2. The day you report the new property to us; or

3. The 180th day after you acquire the building(s) or commence construction on the building(s).

We will charge additional premium for new values reported from the date you acquire the property or the date construction begins.

E. **Personal Property.**

1. Personal Property located in, on or within 1000 feet of the "described premises" including:

   a. Business personal property owned by you and used in your business;

   b. Personal property of others in your care, custody or control, including the cost of labor, materials or services furnished or arranged by you on that property;

   c. Leased personal property which you have a contractual responsibility to insure; and

   d. "Improvements and betterments".

2. However, Covered Property does not include:

   a. Land, water or growing crops;

   b. Bullion, money or securities;

   c. Contraband, or property in the course of illegal transportation or trade;

   d. Shipments imported into the United States prior to discharge from an aircraft or ocean vessel;

   e. Shipments exported from the United States after being loaded on an aircraft or ocean vessel;

   f. Animals, except:

      (1) Animals owned by others and boarded by you; or

      (2) Animals owned by you and held for sale;

   g. Personal property of employees or personal effects of others;

   h. Aircraft;

   i. Self-propelled watercraft while afloat;

   j. (1) Vehicles or self-propelled machines that are:

      (a) Licensed for use on public roads; or

      (b) Operated principally away from the "described premises".

     (2) But we will cover vehicles or self-propelled machines you:

      (a) Manufacture, process or warehouse; or

      (b) Hold for sale, except for automobiles; or

   k. Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

F. **Personal Property at Newly Acquired or Constructed Buildings.** Personal Property Coverage extends to Personal Property at newly acquired or constructed buildings. But this Coverage ends for each newly acquired or constructed building upon the earlier of:

1. The expiration of this policy;

2. The day you report the new property to us; or

3. The 180th day after you acquire the property or begin the construction.

We will charge additional premium for new values reported from the date you acquire the property or the date construction begins.

G. **Personal Property at Other Locations,** meaning your Personal Property that is at any premises more than 1000 feet from the "described premises".

1. This Coverage includes property at:

   a. A location you own or occupy that is not a "described premises"; or

   b. The premises of a fair or exhibition.

2. This Coverage does not include property:

   a. In the course of transportation; or

   b. That is more specifically insured while off-premises in this or another insurance policy.

H. **Patterns, Dies and Molds,** located anywhere in the Coverage Territory, including at exhibitions.

1. Patterns are forms or models for imitation, or models for making molds for forming or casting molten metals.

2. Dies are devices that impart desired shapes or finishes to materials. They may be devices that stamp or cut objects. They may also be devices through which metal, plastics or other materials are extruded.

3. Molds are frames around which objects are constructed, or containers in which objects are shaped.

I. **Personal Effects and Personal Property of Employees,** in your care, custody or control while in, on or within 1000 feet of the "described premises". This insurance is excess over any other valid and collectible insurance available to the owner of the property.

J. **Salespersons Samples,** while more than 1000 feet from the "described premises", including in transit. This Coverage applies to samples of goods or products you own while in the custody of a salesperson or any employee who travels with sales samples.

Salespersons Samples does not include:

1. Property that has been sold;

2. Property shipped by mail; or

3. Drugs, jewelry, costume jewelry, furs, fur garments or garments trimmed with fur.

The most we will pay for loss of or damage to property in the custody of any one salesperson or employee in any one occurrence is $2500.

The following exclusions in EXCLUSIONS (Section II.A.) do not apply to this coverage:

(1) Exclusion 1.b. Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

K. **Free Standing Fences and Walls,** at the "described premises" and not attached to buildings or other structures. This Coverage does not include retaining walls that are used to contain water.

L. **Antennae and Satellite Dishes,** meaning radio or television satellite dishes and antennae, including their lead-in wiring, masts and towers within 1000 feet of a "described premises."

M. **Signs,** wherever located in the Coverage Territory. This Coverage applies to signs:

1. Owned or rented by you; or

2. Owned by others but in which you have a financial interest.

N. **Outdoor Trees, Shrubs, Plants and Lawns,** at the "described premises", other than "stock". This Coverage includes debris removal expense. However, we will only pay for loss or damage caused by the following Causes of Loss:

1. Fire;

2. Lightning;

3. Explosion;

4. Riot or Civil Commotion; or

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

5. Aircraft.

The most we will pay for loss or damage to any one tree, shrub or plant is $1000.

O. **Personal Property in Transit,** meaning personal Property you own and are picking up from others, or are delivering to others.

1. This Coverage applies only to property while it is in transit more than 1000 feet from the "described premises" and:

   a. In or on a vehicle owned, leased or operated by you; or

   b. In the custody of a common carrier, contract carrier or registered mail carrier while in transit between points in the Coverage Territory. When title to a shipment passes to the consignee, if the consignee refuses to pay because the shipment is lost or damaged, you may elect to claim that loss under this insurance.

2. However, this coverage does not apply to:

   a. Cargo that belongs to others that you are transporting for a fee, other than incidental delivery charges;

   b. Cargo on your vehicle if that cargo has been stationary with no intent to move it within the next 72 hours;

   c. Cargo while it is waterborne, unless it is on a barge on inland waterways within the continental United States;

   d. Freight charges;

   e. Live animals; or

   f. Salespersons samples.

The following exclusions in EXCLUSIONS (Section II.A.) do not apply to this coverage:

(1) Exclusion 1 .b. Earth Movement.

(2) Exclusion 1 .g. Water.

(3) Exclusion 2.c.(4) Settling, cracking, shrinking, expansion.

(4) Exclusion 2.c.(5) Nesting or infestation, or discharge or release of waste

products by insects, birds, rodents or other animals.

P. **Installation Property.**

1. This Coverage applies to Personal Property being installed by you in work you are performing while at a job site or temporarily warehoused elsewhere anywhere in the Coverage Territory:

   a. Awaiting and during installation or testing; and

   b. Awaiting acceptance by the buyer.

   If your Installation coverage limit is sufficient, coverage also extends to temporary structures at the job site as well as site preparation costs.

   As used in this coverage, the term job site means a premises where you are installing, repairing or erecting property. However, it does not include the construction site of a dam, tunnel, flood control project, bridge, overpass, pier, wharf or dock.

2. This coverage does not apply to personal property that is not a part of or intended to become a part of the installation.

3. This coverage ends at any job site at the earliest of the following:

   a. Your interest in the property ceases;

   b. The buyer accepts the property; or

   c. This policy terminates.

Q. **Tools and Equipment, including Communication Devices.**

1. This Coverage applies to the following property located anywhere in the Coverage Territory:

   a. Your tools and tools belonging to your employees, including spare parts and accessories;

   b. Contractors equipment you own or for which you may be legally liable; and

   c. Mobile communications equipment not permanently installed in a vehicle.

2. This Coverage does not include:

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

a. Automobiles, motor trucks, tractors, trailers or other vehicles designed and principally used for highway transportation;

b. Aircraft or watercraft, or property while airborne or waterborne;

c. Property located underground; or

d. Contraband or property in the course of illegal transportation or trade.

The most we will pay for loss of or damage to any item under this Coverage is $2500, unless the item is scheduled along with a higher limit in the Declarations of this policy.

The following exclusion in EXCLUSIONS (Section II.A.) does not apply to this coverage:

Exclusion 1 .b. Earth Movement.

**Extension - Newly Acquired Equipment.** If you acquire new contractors equipment during the Policy Period of a type already covered in this policy by this Coverage, we will automatically cover that property up to 180 days, but not beyond the end of the policy period. The most we will pay in any one occurrence under this extension is $250,000. You must notify us within 180 days of the acquisition of the property. We will charge additional premium from the date of acquisition.

**Insurance to Value.** All owned property included in this Coverage must be insured for at least 80% of its value at the time of loss or damage. If it is not, you will incur a penalty. The penalty is that we will only pay the proportion of the loss or damage that the Limit of Insurance for this Coverage bears to 80% of the value of the owned property at the time of loss or damage.

R. **Accounts Receivable**, meaning the money due you that you are unable to collect from your customers as a result of loss of or damage to your records of accounts receivable.

1. This coverage applies to:

   a. Evidences of debt in connection with credit or charge cards;

   b. Interest charges on any loan that you secure to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

   d. Other reasonable expenses you incur to re-establish your records of accounts receivable.

2. This coverage does not apply to:

   a. Contraband or property in the course of illegal transportation or trade; or

   b. Electronic data processing media or software.

3. Accounts Receivable loss payment will be determined as follows:

   a. When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the amount will be computed as follows:

      (1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

      (2) Adjust that total for any normal fluctuation in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

   b. We will deduct from the total amount of accounts receivable, however that amount is established:

      (1) The amount of the accounts for which there is no loss or damage;

      (2) The amount of the accounts that you are able to re-establish or collect;

      (3) An amount to allow for probable bad debts that you are normally unable to collect; and

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

    (4) All unearned interest and service charges.

  c. If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

The following exclusions in EXCLUSIONS (Section II.A.) do not apply to this coverage:

(1) Exclusion 1 .b. Earth Movement.

(2) Exclusion 2.c.(4) Settling, cracking, shrinking, expansion.

(3) Exclusion 2.c.(5) Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

S. **Fine Arts,** meaning property that is rare or has historic or artistic value, such as paintings, etchings, drawings, rare books, rugs, tapestries, art glass, stained glass, murals, decoratively painted walls and other bona fide works of art or rarity that you own or are in your care, custody or control. This coverage applies to property located anywhere in the Coverage Territory except:

1. On exhibition at fairgrounds; or

2. On the premises of any national or international exposition.

The most we will pay for loss of or damage to any item under this Coverage is $2500, unless the item is scheduled along with a higher limit in the Declarations of this policy. Scheduled items will be valued at the amount shown in the Declarations. All other items will be valued at actual cash value.

**Extension - Newly Acquired Property.** If you acquire new Fine Arts during the Policy Period, we will automatically cover that property up to 180 days, but not beyond the end of the Policy Period. The most we will pay in any one occurrence under this extension is the lesser of 25% of the total limits for Fine Arts in this policy or $10,000. You must notify us within 180 days of the acquisition of the property. We will charge additional premium from the date of acquisition.

The following exclusions in EXCLUSIONS (Section II.A.) does not apply to this coverage:

(1) Exclusion 1 .b. Earth Movement.

(2) Exclusion 1 .g. Water.

(3) Exclusion 2.c.(5) Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

T. **Electronic Data Processing Equipment and Media,** meaning data processing, and word processing and telephone systems and software you own or are in your care, custody or control.

1. This Coverage includes:

  a. Equipment, component parts and related peripheral equipment such as cables, modems, telephone handsets and fax machines;

  b. Media such as punch cards, tapes, discs, drums, or other magnetic recording or storage devices including the information stored on the media; and

  c. Software programs and documentation used to operate the systems.

2. This Coverage does not include property

  a. You hold for sale, distribute or manufacture; or

  b. That cannot be duplicated or replaced with similar property of equal quality, unless it is scheduled in the Declarations.

The most we will pay for loss of or damage to any data processing item under this Coverage is $5000, except for any item specifically scheduled with a higher limit in the Declarations of this policy.

With respect to the above coverage, the term data processing item means an individual hardware component or peripheral (including related cards and cables), software program or media used with a specific software program.

The following exclusions in EXCLUSIONS (Section II.A.) do not apply to this coverage:

(1) Exclusion 1 .b. Earth Movement.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

(4) Exclusion **2.c.(6)(b)** Changes or extremes of temperature.

U. **Valuable Papers and Records,** meaning inscribed, printed or written documents, manuscripts or records including abstracts, books, deeds, drawings, films, negatives, transparencies, tapes, maps, mortgages or credit card records. We will pay the cost incurred to research, replace or restore the information on lost or damaged Valuable Papers and Records.

This Coverage does not include:

1. Electronic data processing media or software;

2. Money or securities;

3. Valuable papers and records that cannot be replaced with others of like kind and quality;

4. Property held as samples or for delivery after sale;

5. Property in storage away from the "described premises"; or

6. Contraband, or property in the course of illegal transportation or trade.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1) Exclusion 1 **.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

## II. COVERED CAUSES OF LOSS

RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE unless the loss or damage is excluded or limited as described below:

### A. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any

other cause or event that contributes concurrently or in any sequence to the loss.

a. **Ordinance or Law –**

(1) The enforcement of any ordinance or law:

(a) Regulating the construction, use or repair of any property; or

(b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This exclusion, Ordinance or Law, applies whether the loss results from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

b. **Earth Movement**

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

c. **Governmental Action** - Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard** - Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Service Failure** - The failure of power or other utility service supplied to the "described premises", however caused, if the failure occurs away from the "described premises". But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

f. **War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

   (1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   (2) Mudslide or mudflow;

   (3) Water under the ground surface pressing on, or flowing or seeping through:

      (a) Foundations, walls, floors or paved surfaces;

      (b) Basements, whether paved or not; or

      (c) Doors, windows or other openings; or

   (4) Water that backs up or overflows from a sewer, drain or sump but only if Back-Up of Sewers and Drains is shown as "Excluded" in the Declarations.

   But if water, as described in A.1.g.(1) through (4) results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Delay, loss of use or loss of market.

   b. Smoke, vapor or gas from agricultural smudging or industrial operations.

   c. (1) Wear and tear.

      (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

      (3) Smog.

      (4) Settling, cracking, shrinking, expansion.

      (5) Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

      (6) The following causes of loss to Personal Property:

         (a) Dampness or dryness of atmosphere;

         (b) Changes in or extremes of temperature; or

         (c) Marring or scratching.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

But if an excluded cause of loss that is listed in 2.c.(1) through (6) results in building glass breakage or a "specified cause of loss," we will pay for the building glass breakage or the loss or damage caused by that "specified cause of loss."

d. Explosion or mechanical breakdown of steam boilers, steam pipes, steam engines, steam turbines, or their accessories or components, owned or leased by you or operated under your control. But we will pay for:

(1) Any loss or damage caused by fire or combustion explosion that results from explosion of steam boilers, steam pipes, steam engines or steam turbines; or

(2) Any loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

f. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

g. (1) Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(a) Acting alone or in collusion with others; or

(b) Whether or not occurring during the hours of employment.

(2) This exclusion does not apply to:

(a) Acts of destruction by your employees, except that theft by employees is not covered; or

(b) Acts committed by carriers for hire or anyone claiming to be a carrier for hire.

h. Rain, snow, ice or sleet to personal property in the open.

i. Collapse. But

(1) If collapse results in a Covered Cause of Loss at the "described premises", we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(a) The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

(b) Hidden decay;

(c) Hidden insect or vermin damage;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof;

(f) Use of defective material or methods if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in (2)(a) through (e),

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation contributes to the collapse.

(3) If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

(a) The personal property which collapses is inside a building insured under this policy; and

(b) The collapse was caused by a cause of loss listed in (2)(a) through (2)(f) above.

(4) With respect to the following property:

(a) Satellite dishes and outdoor radio or television antennae, including their lead-in wiring, masts or towers;

(b) Awnings;

(c) Gutters and downspouts;

(d) Yard fixtures;

(e) Outdoor swimming pools;

(f) Fences;

(g) Piers, wharves and docks;

(h) Beach or diving platforms or appurtenances;

(i) Retaining walls;

(j) Walks, roadways and other paved surfaces.

If the collapse is caused by a cause of loss listed in (2)(b) through (2)(f), we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

j. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss:

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, or organization representing a governmental or regulatory or controlling body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance

of part or all of any property on or away from the "described premises".

4. Special Exclusions. The following exclusions apply only to the Covered Property or Additional Coverage specified:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

a. **Tools and Equipment, Including Communications Devices** - We will not pay for any loss or damage caused by or resulting from:

   (1) The weight of a load or lift exceeding the manufacturer-rated lifting capacity of the equipment under operating conditions at the time of loss or damage; or

   (2) Collapse or collision of booms or jibs unless directly caused by one of the "specified causes of loss".

b. **Accounts Receivable** - We will not pay for any loss or damage caused by or resulting from:

   (1) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding.

   (2) Bookkeeping, accounting or billing errors or omissions, or for any loss that requires an audit of records or an inventory computation to prove its factual existence.

c. **Fine Arts** - We will not pay for loss or damage caused by or resulting from:

   (1) Breakage of statuary, glassware, bric-a-brac, marbles, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by fire, lightning, explosion, windstorm, earthquake, flood, vandalism, aircraft, rioters, strikers, theft, attempted theft or by accident to the vehicle carrying the property.

   (2) Any repairing, restoration or retouching of the Fine Arts.

d. **Valuable Papers and Records** - We will not pay for any loss or damage caused by or resulting from errors or omissions in processing or copying the papers and records. But we will pay for loss or damage caused by a resulting fire or explosion.

e. **Business Income and Extra Expense** - We will not pay for:

   (1) Any loss caused by or resulting from:

      (a) Damage or destruction of "finished stock"; or

      (b) The time required to reproduce "finished stock".

      This exclusion does not apply to "extra expense".

   (2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennae, or satellite dishes, including their lead-in wiring, masts or towers.

   (3) Any increase of loss caused by or resulting from:

      (a) Delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons;

      (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your "business income" during the "period of restoration"; or

   (4) Any "extra expense" caused by or resulting from suspension, lapse or cancellation of any license, leases or contract beyond the "period of restoration".

   (5) Any increase of loss of Net Income caused by or resulting from improvement(s) in business conditions subsequent to the time of loss.

   (6) Any other consequential loss.

f. **Leasehold Interest** – We will not pay for any loss caused by:

(1) Your canceling the lease;

(2) The suspension, lapse or cancellation of any license; or

(3) Any other consequential loss.

## B. LIMITATIONS

1. We will not pay for loss of or damage to:

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers and equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure (unless held for sale by you) if the loss is caused by or results from theft. This Limitation does not apply to Installation.

   e. Property that is missing, where the only evidence of the loss is

a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

   g. Property that has been transferred to a person or to a place outside the "described premises" on the basis of unauthorized instructions.

2. We will not pay more for loss of or damage to glass that is part of a building or structure than $500 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $1000 for all loss of or damage to building glass that occurs at one time.

   This Limitation does not apply:

   a. To loss or damage by the "specified causes of loss," except vandalism; or

   b. If Full Glass Breakage is shown as "Included" for the "described premises" in the Declarations.

   Full Glass Breakage does not apply to stained glass or art glass.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission<br>Copyright, ISO Commercial Risk Services, Inc., 1995<br>Copyright, 1996, Maryland Casualty Company, as to additional text and revisions

a. $2500 for furs, fur garments and garments trimmed with fur.

b. $2500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $250 for stamps, letters of credit and tickets, including lottery tickets held for sale.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

6. We will not pay the cost of excavations.

## III. ADDITIONAL COVERAGES

The following Additional Coverages apply only if they are indicated in the Declarations:

A. Business Income and Extra Expense - We will pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" during the "period of restoration," but not to exceed 12 consecutive months. The suspension must be caused by direct physical loss of or damage to property at the "described premises," including personal property in the open, or in a vehicle, within 1000 feet, caused by or resulting from a Covered Cause of Loss.

We will also pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance, except for the Newly Acquired Properties Extension.

### Extensions:

1. **Business Income From Dependent Properties** - We will also pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" caused by direct physical loss of or damage by a Covered Cause of Loss to "dependent property" at a premises you do not own, lease or operate.

a. We will only pay for loss of "business income" that occurs within the lesser of:

(1) The "period of restoration" at the "dependent property" where the direct loss or damage occurs; or

(2) 30 days.

b. We will reduce the amount of your "business income" loss, other than "extra expense", to the extent you can resume "operations", in whole or in part, by using any other available:

(1) Source of materials; or

(2) Outlet for your products.

2. **Newly Acquired Properties** - We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary suspension of "operations" during the "period of restoration" caused by direct physical loss or damage by a Covered Cause of Loss to your property at newly acquired buildings, including personal property in the open, or in a vehicle, within 1000 feet. But this Coverage ends for each newly acquired location upon the earlier of:

a. The expiration of this policy;

b. The day you report the new property to us; or

c. The 180th day after you acquire the property or begin the construction.

We will pay up to the Limit for this Extension shown in the Declarations.

3. **Extended Period of Indemnity** - We will pay for the actual loss of "business income" you sustain due to the impairment of "operations" during the period that

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc. 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

a. Begins on the date property (ex‑cept "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

b. Ends on the earlier of:

(1) The date you could restore "operations" with reasonable speed to the condition that would have existed if no di‑rect physical loss or dam‑age occurred; or

(2) 30 consecutive days after the date determined in a. above.

This period is in addition to, and not a part of, the 12‑month limitation applicable to this Additional Cover‑age.

The loss of "business income" must be caused by direct physical loss or damage at the "described premises" caused by or resulting from a Cov‑ered Cause of Loss.

4. Civil Authority ‑ We will pay for the actual loss of "business income" you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the "de‑scribed premises" due to direct physical loss of or damage to prop‑erty, other than at the "described premises," caused by or resulting from any Covered Cause of Loss.

This coverage will begin after the action by civil authority for a period of up to three consecutive weeks after coverage begins.

B. **Deferred Payments.** We will pay for your interest in lost or damaged Personal Property sold by you under a condi‑tional sale or trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Cause of Loss.

When a total loss to that property oc‑curs, deferred payments are valued on the amount shown on your books as due from the buyer.

When partial loss to that property oc‑curs and the buyer refuses to continue payment, forcing you to repossess, deferred payments are valued as fol‑lows:

1. If the realized value of the repos‑sessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

2. If the realized value of the repos‑sessed property is less than the amount shown on your books as due from the buyer, we will pay the dif‑ference.

When a partial loss occurs and the buyer continues to pay you, there will be no loss payment.

C. **Off‑Premises Power or Water Failure ‑**

1. We will pay for:

a. Direct physical loss or damage to Covered Property caused by an interruption of electrical power or water supply services to the "described premises". The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the "described premises":

(1) Water mains, pipes, aque‑ducts and other similar means of transporting water or steam;

(2) Generating plants;

(3) Switching stations, substa‑tions or pumping stations;

(4) Transformers; and

(5) Transmission lines, except for overhead transmission lines.

b. The actual loss of "business in‑come" and necessary "extra ex‑pense" you sustain as a result of a power or water supply ser‑vices failure described in para‑graph a. above. But this paragraph b. does not apply unless Busi‑ness Income and Extra Expense is covered in this Coverage Part.

2. This Additional Coverage does not apply to loss or damage:

a. To perishable "stock"; or

b. You incur during the first 12 con‑secutive hours after the direct loss or damage to utility supply equipment.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1996, Maryland Casualty Company, as to additional text and revisions

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion 1 .e. Utility Service Failure.

D. **Building Ordinance or Law** - If there is an ordinance or law in effect at the time of loss that regulates zoning, land use or construction of a covered building, and if enforcement of that ordinance or law affects the repair or rebuilding of that building following damage by a Covered Cause of Loss:

1. We will pay:

    a. The value of undamaged portions of the building if they must be demolished due to the enforcement of building ordinance or law;

    b. Costs to demolish and clear the site of those undamaged portions;

    c. Increased costs to:

        (1) Repair or reconstruct damaged portions of that building; and/or

        (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

        when the increased cost is the consequence of enforcement of building, zoning or land use ordinance or law.

        However, this coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

    d. The actual loss of "business income" and "extra expense" you sustain solely because the building ordinance or law was enforced. But this paragraph **d.** does not apply unless Business Income and Extra Expense is covered in this Coverage Part.

    The limit for **a.** above is included in the Building limit. The limit for covered losses payable under **b.** and **c.** above are shown in the Declarations.

2. We will not pay more under paragraphs 1 .a. and 1 .b. above than if the

repaired or replaced building were rebuilt:

    a. At the same location, as soon as reasonably possible;

    b. With the least expensive building materials and construction methods of comparable material and quality;

    c. In the same style and of the same size; and

    d. For the same type of occupancy as the one it replaces

    to the extent permitted by the law or ordinance.

    If you do not repair or replace the damaged building, we will pay only to demolish and clear the site of the undamaged portions of the building.

    This Additional Coverage does not apply to the costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any other way respond to or assess the effects of "pollutants."

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion 1 .a. Ordinance or Law.

E. Spoilage -

1. We will pay for loss or damage to Personal Property that is perishable "stock" within the "described premises" caused by:

    a. Change in temperature or humidity resulting from:

        (1) Breakdown of machinery; or

        (2) Failure of refrigerating, cooling or humidity control equipment

        if such machinery or equipment is located at the "described premises";

    b. Contamination by refrigerant; or

    c. Change in temperature or humidity resulting from complete or partial interruption of electrical power due to conditions beyond your control.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

2. We will not pay under this Additional Coverage for loss caused by or resulting from:

   a. Disconnecting any refrigerating, cooling or humidity control system from its power source, except when done to avoid or reduce another loss covered by this Coverage Part;

   b. Deactivating electrical power due to the manipulation of any switch or other device used to control the flow of electrical current;

   c. The inability of a utility company or other power source to provide sufficient power due to:

      (1) Lack of fuel; or

      (2) Governmental order;

   d. The inability of a power source at the "described premises" to provide sufficient power due to lack of generating capacity to meet demand; or

   e. Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

F. **Fire Department Service Charge** – When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay your liability for fire department charges:

   1. Assumed by contract or agreement prior to loss; or

   2. Required by local ordinance.

G. **Fire Extinguishing Equipment Recharge** – We will pay for the cost to recharge or refill any fire protective equipment when discharged:

   1. To prevent or control a loss;

   2. Accidentally; or

   3. As a result of malfunction of the equipment.

H. **Lock and Key Replacement** – We will pay the cost of:

   1. Premises entry key replacement, if keys are stolen; or

   2. Premises entry lock repair or replacement made necessary by theft or attempted theft at the "described premises".

I. **Inventory and Appraisal** – We will pay for the following expenses you incur at our request, as required by this Coverage Part, to prepare a claim:

   1. The cost of taking inventories;

   2. The cost of making appraisals; and

   3. The cost of preparing a statement of loss and other supporting exhibits.

   We will not pay for any expenses billed by and payable to independent or public insurance adjusters or for expenses to prepare claims not covered by this Coverage Part.

J. **Pollutant Clean-Up and Removal** – We will pay your expenses to extract "pollutants" from land or water at the "described premises" if the release, discharge, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing performed in the course of extracting "pollutants" from the land or water.

   The most we will pay for each location under this Additional Coverage is the limit shown in the Declarations for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

K. **Debris Removal** – We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   1. The most we will pay under this Additional Coverage is 25% of:

      a. The amount we pay for the direct physical loss or damage to Covered Property; plus

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

b. The deductible in this policy applicable to that loss or damage.

2. But if:

a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance for the Covered Property; or

b. The debris removal expense exceeds the amount payable under the 25% limitation

we will pay up to the additional amount shown in the Declarations for Debris Removal for each location in any one occurrence.

3. This coverage does not apply to costs to:

a. Extract "pollutants" from land or water; or

b. Remove, restore or replace polluted land or water.

L. **Preservation of Property -** If it is necessary to move Covered Property from the "described premises" to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

1. While it is being moved or while temporarily stored at another location; and

2. Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage is part of, and not in addition to, the Limit of Insurance applicable to the Covered Property.

M. **Damage By Water, Other Liquid, Powder or Molten Material -** If loss or damage caused by or resulting from water or other liquid, powder or molten material damage loss occurs, we will pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Additional Coverage is part of, and not in addition to, the Limit of Insurance for Building.

N. **Leasehold Interest -** We will pay for loss of "net leasehold interest" you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss or damage at the "described premises" caused by or resulting from a Covered Cause of Loss.

1. We will not pay more than the total "net leasehold interest" at the time of the cancellation of the lease. But if your lease is cancelled and your landlord lets you continue to use your premises under a new lease, we will not pay more than:

a. The rent you will pay under the new lease; minus

b. The rent you now pay.

2. We will not pay under this Additional Coverage if:

a. The premises where the lease is cancelled has been vacant for more than 60 consecutive days; and

b. You have not entered into an agreement to sublease the premises. .

The following exclusion in EXCLUSIONS (Section II.A.) does not apply to this coverage:

Exclusion 1.a. Ordinance or Law.

O. **Arson or Fraud Reward -** In the event that a covered loss was a result of arson or fraud, we will, at our discretion, reimburse you up to $5,000 for rewards you pay for information leading to arrest and conviction for that act of arson or fraud.

P. **Equipment Breakdown -** We will pay for loss or damage caused by or resulting from risks of direct physical loss due to:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force.

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices and appliances.

But this additional coverage does not apply to the following types of property:

Steam pipes, steam engines, steam turbines, including their accessories and components

We will pay up to $25,000 for any additional expenses you incur for:

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

(1) Cleanup;

(2) Repair or replacement; or

(3) Disposal

of covered property that is damaged, contaminated or polluted as a result of an "accident" by a substance declared by a governmental agency to be hazardous to health. This limitation does not apply to damage, contamination or pollution caused by ammonia.

## LIMITS OF INSURANCE

A. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance for each coverage shown in the Declarations, except as provided below.

B. **Automatic Building Increase**

1. The Limits of Insurance for covered Buildings will automatically increase by the Automatic Building Increase percentage shown in the Declarations.

2. The percentage applies proportionally throughout each year. The actual amount of increase available on the day of loss or damage will be:

   a. The last limit fixed for the property in this policy, at inception, at anniversary or as subsequently endorsed; times

   b. The Automatic Building Increase percentage from the Declarations; times

   c. The number of days since the limit was last fixed; divided by

   d. 365.

C. **Peak Season Personal Property Increase**

1. The Limits of Insurance for covered Personal Property will automatically increase by 50% to provide for seasonal variations.

2. The increase will apply only if the Limit of Insurance shown for Personal Property in the Declarations is at least 90% of your average monthly values during the lesser of:

   a. The 12 months immediately preceding the date the loss or damage occurs; or

   b. The period of time you have been in business as of the date the loss or damage occurs.

## DEDUCTIBLE

We will not pay for loss or damage incurred in any one occurrence until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**Separate Deductibles.** Certain Coverages are subject to separate Deductibles as shown in the Declarations.

**Multiple Deductibles.** More than one Deductible may apply to loss or damage arising out of a single occurrence covered by this Coverage Part. If so, we will not deduct more from the entire amount of loss or damage than the largest Deductible applying to the occurrence.

## COMMERCIAL PROPERTY CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## IV. LOSS CONDITIONS

A. **Abandonment -** There can be no abandonment of any property to us.

B. **Appraisal -** If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

C. **Duties In The Event Of Loss Or Damage -**

1. In the event of loss or damage to Covered Property, you must:

   a. Notify the police if a law may have been broken.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1985
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

b.  Give us prompt notice of the loss or damage. Include a description of the property involved.

c.  As soon as possible, give us a description of how, when and where the loss or damage occurred.

d.  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. Also, if feasible, set the damaged property aside and in the best possible order for examination.

e.  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f.  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

g.  Send us a signed sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

h.  Cooperate with us in the investigation or settlement of the claim.

2.  If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible. If you:

a.  Do not resume "operations"; or

b.  Do not resume "operations" as quickly as possible;

we will pay for loss of "business income," if covered in this policy, based on the length of time it would have taken to resume "operations" as quickly as possible.

3.  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

D.  Loss Adjustment –

1.  This condition is intended to facilitate payment of insurance proceeds in the event of loss of or damage to Covered Property from a Covered Cause of Loss that is covered by:

a.  This Commercial Property Coverage Part; and

b.  Boiler and Machinery insurance.

It applies when there is a disagreement between the insuring companies as to the amount of loss to be paid by each company.

2.  The provisions of paragraph 3. of this condition apply only if all of the following requirements are met:

a.  The Boiler and Machinery insurance carried by the Named Insured and insuring the Covered Property contains a provision with substantially the same requirements, procedures and conditions as stated here.

b.  The damage to the Covered Property was caused by a loss for which both we and the Boiler and Machinery insurer admit to some liability for payment under the respective policies.

c.  The total amount of the loss is agreed to by you, the Boiler and Machinery insurer and us.

d.  We and the Boiler and Machinery insurer disagree as to the amount of loss that each of us should pay that is attributable to:

(1)  A Covered Cause of Loss under this Coverage Part; and

(2)  An "accident" covered under the Boiler and Machinery insurance as defined in that policy.

3.  If the requirements listed in paragraph 2. above are satisfied, we and

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

the Boiler and Machinery insurer will make payments as follows:

a. At your written request:

   (1) We will pay the entire amount of loss that we have agreed as being covered by this Commercial Property coverage and one-half the amount of loss that is in disagreement.

   (2) The Boiler and Machinery insurer will pay the entire amount of loss that they have agreed as being covered by the Boiler and Machinery insurance and one-half the amount of loss that is in disagreement.

b. The amount in disagreement to be paid by us under this condition will not exceed the amount payable under the equivalent Loss Adjustment provisions of the Boiler and Machinery insurer.

c. The amount to be paid under this condition will not exceed the amount we would have paid had no Boiler and Machinery insurance been in effect at the time of loss.

d. Acceptance by you of sums paid under this insurance does not alter, waive or surrender any other rights against us.

e. The Boiler and Machinery insurer and we agree to submit our differences to arbitration within 90 days after loss payment made under these terms.

f. You agree to cooperate with any arbitration procedures. There will be three arbitrators. We will appoint one and the Boiler and Machinery insurer will appoint another. The two arbitrators will select a third arbitrator. If they cannot agree, either may request that a judge of a court having jurisdiction make selection. A decision agreed to by two of the three arbitrators will be binding on both parties. Judgment on any award can be entered in any court that has jurisdiction.

E. **Loss Payment -**

   1. In the event of loss or damage covered by this Coverage Part, at our option we will either:

      a. Pay the value of lost or damaged property;

      b. Pay the cost of repairing or replacing the lost or damaged property;

      c. Take all or any part of the property at an agreed or appraised value; or

      d. Repair, rebuild or replace the property with other property of comparable kind and quality.

   2. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

   3. We will not pay you more than your financial interest in the Covered Property.

   4. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   5. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   6. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

      a. We have reached agreement with you on the amount of loss; or

      b. An appraisal award has been made.

F. **Pair, Sets or Parts -** In case of loss of or damage to:

   1. Any part of a pair or set, we may:

      a. Repair or replace any part or set to its value before the loss or damage; or

      b. Pay the difference between the value of the pair or set before and after the loss or damage.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

2. Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

G. **Recovered Property** - If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

H. **Reinstatement After Loss** - The Limits of Insurance will not be reduced by the payment of any claim, except for total loss of a scheduled item, in which event we will refund the unearned premium on that item.

I. **Vacancy** -

1. Description of Terms

    a. As used in this Vacancy Condition, the term building and the term vacant have meanings set forth in a.(1) and a.(2) below:

        (1) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

        (2) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

            (a) Is not rented; or

            (b) Is not used to conduct customary operations.

    b. Buildings under construction or renovation are not considered vacant.

2. Vacancy Provisions

    If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage:

    a. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

        (1) Vandalism;

        (2) Sprinkler leakage, unless you have protected the system against freezing;

        (3) Building glass breakage;

        (4) Water damage;

        (5) Theft; or

        (6) Attempted theft.

    b. With respect to Covered Causes of Loss other than those listed in 2.a.(1) through 2.a.(6) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

J. **Valuation** -

1. For property valued on a Replacement Cost Basis, we will determine the value of Covered Property in the event of loss or damage at the cost to replace the lost or damaged property with new property:

    a. Of comparable kind and quality;

    b. On the same premises (regardless of where the rebuilding actually occurs); and

    c. Intended for the same occupancy or use

    without deduction for depreciation. But if the damaged or destroyed property is not repaired or replaced, we will not pay more than its actual cash value at the time of loss or damage.

    You may make a preliminary claim for loss or damage covered by this insurance on an Actual Cash Value Basis. In the event you do, you may still make a claim on a Replacement Cost Basis if you notify us of your intent to do so within 180 days after the loss or damage.

2. **Penalty for Underinsurance** - If the property is covered on a Replacement Cost Basis and the value shown in the Declarations for the Covered Property is less than 80% of its replacement cost value at the time of loss or damage, we will value the

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

property at its actual cash value instead. This condition applies to Coverages A, B, C and D of SECTION I - COVERED PROPERTY.

3. **Special Valuations** - Regardless of the method of valuation shown in the Declarations, we will value the types of property shown below as follows:

a. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

b. Glass, other than art glass, at the cost of replacement with safety glazing material if required by law plus the cost to replace lettering and ornamentation. Building glass valuation will also include:

(1) Attached frames; and

(2) The portions of burglar alarms, accessories and devices that are attached to or incorporated within the glass, up to a maximum of $1,000 in any one occurrence.

c. "Improvements and betterments" at:

(1) Actual cash value or replacement cost, whichever applies to personal property at the same building, if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Divide the number of days from the loss or damage to the end of the lease by the number of days from the installation of the "improvements and betterments" to the end of the lease; and

(b) Multiply the result of (a) by the original cost.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in paragraph (a) above.

(3) Nothing if others pay for repairs or replacement.

d. Valuable Papers and Records, including negatives, transparencies, tapes and prints, at the cost of:

(1) Blank materials for reproducing the materials; plus

(2) Labor to transcribe or copy the records when there is a duplicate.

e. Prepackaged software programs and electronic data processing equipment that cannot be replaced, at the cost of functionally equivalent software and hardware.

f. Precious metals such as gold, silver and platinum, at the average market cost of replacement on the date of loss, or the actual cost of replacement, if less.

g. Property that cannot be replaced with new property, at actual cash value.

## GENERAL CONDITIONS

A. **Concealment, Misrepresentation And Fraud** - This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

B. **Contract Of Sale** - If you have entered into a contract for the sale of Covered Property with a Loss Payee shown in the Declarations, for the property that is the subject of that sale:

1. We will adjust losses with you and pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

2. The word "you" in the Other Insurance condition below includes the Loss Payee.

C. **Control Of Property** - Any act or neglect of any person other than you beyond your control will not affect this insurance.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

D. **Insurance Under Two Or More Coverages** – If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

E. **Legal Action against Us** – No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

F. **Liberalization** – If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will automatically apply to this Coverage Part.

G. **Loss Payable** – For Covered Property in which both you and a Loss Payee shown in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

H. **Mortgage Holders, Including Lender's Loss Payable** –

1. In this condition, the term "lienholder" includes:

   a. Mortgage holders or trustees of real property; and

   b. Creditors or trustees with whom you have entered into a contract for the sale of personal property and whose interest in that property is established by such written contracts as:

      (1) Warehouse receipts;

      (2) A contract for a deed;

      (3) Bills of lading; or

      (4) Financing statements.

2. For Covered Property in which both you and a lienholder have an insurable interest:

a. We will pay for covered loss of or damage to Covered Property to each lienholder shown in the Declarations in their order of precedence, as their interests may appear.

b. The lienholder has the right to receive loss payment even if the lienholder has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the lienholder will still have the right to receive loss payment if the lienholder:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the lienholder.

   All of the terms of this Coverage Part will then apply directly to the lienholder.

d. If we pay the lienholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The lienholder's rights will be transferred to us to the extent of the amount we pay; and

   (2) The lienholder's rights to recover the full amount of the lienholder's claim will not be impaired.

   At our option, we may pay to the lienholder the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we elect to cancel this policy, we will give written notice to the lienholder at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the lienholder at least 10 days before the expiration of this policy.

I. **No Benefit to Bailee** – No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

J. **Other Insurance** –

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

K. **Policy Period, Coverage Territory** – Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the Policy Period shown in the Declarations; and

   b. Within the Coverage Territory.

2. The Coverage Territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

   d. With respect to equipment covered under the Electronic Data Processing Equipment and Media blanket limit in the Declarations, the Coverage Territory is Anywhere in the World.

L. **Transfer Of Rights Of Recovery Against Others To Us** – If any person or organization to or for whom we make payment under this Coverage Part has rights to recover dam-

ages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

**DEFINITIONS**

A. "Accident" means a sudden and accidental breakdown of any:

1. Fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents;

2. Refrigerating or air conditioning system, piping and its accessory equipment; and

3. Mechanical or electrical machine or apparatus used for the generation, transmission or utilization of mechanical or electrical power.

At the time the breakdown occurs, it must become apparent by physical damage that requires repair or replacement of the equipment or a part of the equipment.

If covered electrical equipment requires drying out as a result of flood, the drying out will be considered an "accident".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" at any one location that become apparent at the same time and are the result of the same cause will be considered one "accident".

B. "Business Income" means the:

1. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

2. Continuing normal operating expenses incurred, including payroll if there had been no direct physical loss or damage.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

C. "Dependent Property" means premises operated by others on whom you depend to:

1. Deliver materials or services to you, or to others for your account (not including water, communication or power supply services);

2. Accept your products or services;

3. Manufacture products for delivery to your customers under contract of sale; or

4. Attract customers to your business.

D. "Described Premises" means the locations described in the Building and Personal Property Schedule. If you are a tenant, "described premises" means the portions of the building which you rent, lease or occupy, including all routes within the building to gain access to the described premises.

E. "Extra Expense" means necessary costs incurred to:

1. Avoid or minimize the suspension of business and continue "operations":

a. At the "described premises"; or

b. At replacement premises or temporary locations, including:

(1) Relocation expenses; and

(2) Costs to equip and operate the re-placement or temporary locations.

2. Minimize the suspension of business if you cannot continue "operations".

3. a. Repair or replace any property; or

b. Research, replace or restore the lost information on damaged Valuable Papers and Records

to the extent it reduces the amount of loss that otherwise would be payable under paragraphs 1. and 2. above, or as "business income".

F. "Gross Leasehold Interest" means:

1. The monthly rental value of the premises you lease on the date the direct physical loss or damage occurs; minus

2. The actual monthly rent you pay, including taxes, insurance, janitorial or other service you pay as part of the rent.

Example:

| | |
|---|---|
| Rental value of your leased premises | $500 |
| Monthly rent including taxes, insurance, janitorial or other services that you pay for as part of the rent | –400 |
| "Gross Leasehold Interest" | $100 |

G. "Improvements and Betterments" means fixtures, alterations, installations or additions:

1. Made a part of a building or structure you occupy but do not own; and

2. You acquired or made at your expense but cannot legally remove.

H. "Monthly Leasehold Interest" means the original costs you made for:

1. Bonus Payments – Money you originally paid to acquire your lease, but not including rent, prepaid rent or security; and

2. Prepaid Rent – Advance rent you paid that will not be refunded to you, other than periodic rental payments

divided by the number of months left in your lease at the time of the expenditure.

Example:

| | |
|---|---|
| Original cost of Bonus Payment and/or Prepaid Rent | $4,000 |
| With 20 months left in the lease at time of payment | /20 |
| "Monthly Leasehold Interest" | $200 |

I. "Net Leasehold Interest" means the sum of:

1. The net present value of your "gross leasehold interest" for each remaining month of your lease discounted at the Prime Rate prevailing on the date the direct physical loss or damage occurs, rounded to the nearest whole number; plus

2. Your "monthly leasehold interest" times the number of months left in your lease on the date the direct physical loss or damage occurs, rounded to the nearest whole number.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

Example:

With 20 months left in lease and 10% prime rate:

| | |
|---|---|
| "Gross Leasehold Interest" | $100 |
| NPV Factor for 20 months | × 18.419 |
| Subtotal (A) | $1,842 |
| "Monthly Leasehold Interest" | $200 |
| With 20 months left in lease | ×20 |
| Subtotal (B) | $4,000 |
| "Net Leasehold Interest" Subtotal (A) + Subtotal (B) | $5,842 |

J. "Operations" means your business activities occurring at the "described premises".

K. "Period of Restoration" means the period of time that:

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the "described premises"; and

2. Ends on the earlier of:

a. The date when the property at the "described premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

b. The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1. Regulates the construction, use or repair, or requires the tearing down of any property; or

2. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Specified Causes of Loss" means:

1. Fire;

2. Lightning;

3. Explosion;

4. Windstorm or hail;

5. Aircraft or vehicles;

6. Riot or civil commotion;

7. Vandalism;

8. Leakage from fire extinguishing equipment;

9. Sinkhole collapse, meaning the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities;

10. "Volcanic action";

11. Falling objects, which does not include loss of or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object;

12. Weight of snow, ice or sleet; or

13. Water damage, meaning accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

N. "Stock" means merchandise held in storage or for sale, raw materials and in-processed or finished goods, including supplies used in their packing or shipping.

O. "Volcanic action" means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

1. Airborne volcanic blast or airborne shock waves;

2. Ash, dust or particulate matter; or

3. Lava flow.

"Volcanic action" does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the "described premises."

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions