**Exhibit B to**

**Answer and Affirmative Defenses of Defendant
Assurance Company of America**



**ZURICH**

February 26, 2004

Eric Raisman
Public Insurance Adjusters Inc.
245 Country Way
Needham, MA 02492

Re: Claim Number: 535-0005354-001
Insured: Dr. Punyamurtula Kishore
Date of Loss: Unknown – reported as February 7, 2004
Type of Loss: Water/Mold damage

Dear Mr. Raisman:

This is to inform you that I am the Claims Specialist assigned to handle this claim on behalf of Assurance Company of America. Please direct any matters pertaining to this claim to my attention.

As you are aware, we hired Mr. Kevin MacNeil of William Kramer & Associates to assist us in investigating this loss. Please cooperate with the adjuster to the conclusion of this matter.

Zurich North America.
Environmental Claims
1400 American Lane
Schaumburg IL 60196-1056

We are concerned with the fact that there was a delay in bringing in a contractor to mitigate the damages. If there is any way we can assist you with this matter, please let us know.

Sonal P Desai, CPCU, AIC, AIS
Claim Specialist

Please refer to item IV. C. Loss Conditions: Duties in the Event of Loss or Damage on page 18 of your BUILDING AND PERSONAL PROPERTY COVERAGE FORM 9s1001 of your policy of insurance with us. It reads:
"In the event of loss or damage to Covered Property, you must:

Toll Free Phone
800-695-6575

b. Give us prompt notice of the loss or damage. Include a description of the property involved."

Direct Phone
847-240-4487

c. As soon as possible, give us a description of how, when and where the loss or damage occurred.

Direct Fax
847-605-7811

d. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase Limit of Insurance. Also, if feasible, set the damaged property aside and in the best possible order for examination. "

Sonal.Desai@zurichna.com

Inspection by Mr. MacNeil revealed that the insured, Dr. Kishore was in a process of turning the premises into an office however, that has been held up by the town due to zoning laws. There are no tenants at these premises. Mr. MacNeil found some office and medical equipment at the premises. Please be advised that the above policy of insurance is a Lessors Only policy. There is very limited coverage ($5000) for Business Personal Property.

Please refer to page 21 of your policy of insurance. Under I. Vacancy. Item 1. a (2). It reads: "When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:
    (a) Is not rented; or
    (b) Is not used to conduct customary operations.

Please refer to Item 2 Vacancy Provisions: It reads:



**ZURICH**

Page 2

"If the building where the loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage:

a.  We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

   (1) Vandalism;
   (2) Sprinkler leakage, unless you have protected the system against freezing;
   (3) Building glass breakage;
   (4) Water damage;
   (5) Theft; or
   (6) Attempted theft.

The policy also has exclusion for water damage as a result of freezing, unless heat is maintained in the building or drain the equipment and shut off the supply if heat is not maintained.

Please be advised that Assurance Company of America is investigating your loss to see if coverage exists. We reserve our rights in investigating this loss. We also reserve all our defenses and limitations under our policy of insurance including but not limited to the right to raise additional policy terms and conditions, which may apply. It is the specific intention of this letter to preserve any and all of the rights and defenses we may have under this policy of insurance.

We will investigate this loss to determine if coverage exists. Upon completion of our investigation, we will contact you and advise you of our coverage position.

Sincerely,

Sonal P Desai, CPCU, AIC, AIS
Claim Specialist

Cc: Northeast Insurance Agency
      648 Highland Ave
      Needham Heights MA 02494