# Exhibit C to

# Answer and Affirmative Defenses of Defendant Assurance Company of America

 "Kevin Macneil" <Kevin.macneil@wkramerassociates.com> on 03/31/2004
09:06:32 AM

Please respond to <Kevin.macneil@wkramerassociates.com>

To: "Eric Raisman" <ERaisman@aol.com>
cc: "Sonal Desai" <sonal.desai@zurichna.com>

Subject: Kishore   ZAI # 5350005354   WKA # 2004021

Eric,

We received your e-mail dated March 17, 2004 in which you stated the plumber advised the heat should be back on within a week. We spoke with you on March 25, 2004 and were advised you would check on the status of the repairs and get back to us. Since that time, we have not heard from you. Please advise the status of the repairs as soon as possible.

We forwarded our list of questions for the insured's written statement to you on March 22, 2004. Since that time we have not received the insured's written statement. Please advise the status of the insured's statement as soon as possible.

When we spoke with you on March 25, 2004 you advised you would contact ServiceMaster to discuss proceeding with the drying process so we may evaluate the scope of damages once the building has dried. Has the drying process been started?

Finally, as you are aware we had requested David Rudnicki provide a time line of the contractor's they contacted immediately after the loss who stated they could not handle the job, with the contact names and telephone numbers and dates contacted. This is to show the insured exercised due diligence to mitigate damages. As of this date, we have not received the requested information. Please advise the status of the insured's time line as soon as possible.

We will now hold our file in abeyance awaiting your reply. In the interim, should you have any questions or concerns, please don't hesitate to contact me.

Regards,

Kevin

## Statement of Dr. Punyamurtula Kishori

**Identification**
- Please state your full name.
- What is your home address
- How long have you lived there
- What was your prior address, if any
- What is your social security number
- What is your home telephone number
- What is your work number
- What is your date of birth
- What is your occupation
- Who is your employer
- How long have you worked there

**Insured Property**
- What is the address of the loss
- What is the property zoned for
- Who holds the mortgage on the property
- When was the property purchased
- What was the purchase price
- What is the monthly mortgage payment
- Are the payments up to date
- Is there a second mortgage
- Have you ever filed for bankruptcy
- Any lawsuits pending
- Any liens on the insured property
- Has the property been for sale during the past year or so
- Any recent improvements or renovations
- If so, when and by whom
- How many rooms on the property
- Which rooms contained personal property
- What was the intended use of the property when it was purchased
- What was the intended use of the property on the date of loss
- How long has been the current intended use
- Who is on the property
- Where can we contact this person
- How often are they on the property
- Do you own other properties, if so, where
- Who manages your properties
- Does the property manager handle all your properties
- What records do you have to support the property was in use

**Loss**
- Date and time loss was discovered
- Who discovered the loss
- What was done immediately after the loss
- When and how did you learn of the loss
- Who has keys to the property
- Who and when was the last one in the premises
- What expenses have been incurred since the date of loss
- Describe the damage to the building
- Describe any damage to personal property

**Other Information**
- Any Prior losses, if so provide details
- Who and when was the prior insurance carrier
- Please explain why there was a lapse in coverage
- Any other insurance on the property
- Are there any facts concerning the loss we haven't covered you wish to add