# Exhibit D to

# Answer and Affirmative Defenses of Defendant Assurance Company of America

 "Kevin Macneil" <Kevin.macneil@wkramerassociates.com> on 04/06/2004
09:10:06 AM

Please respond to <Kevin.macneil@wkramerassociates.com>

To:   "Eric Raisman" <ERaisman@aol.com>
cc:   "Sonal Desai" <sonal.desai@zurichna.com>

Subject:  Kishore   ZAI # 5350005354-001   WKA # 2004021

Eric,

As per our conversation today, the insurer has received and reviewed the insured's statement and has requested additional information concerning the work being done by Sky Matthews and "Dan the plumber". Please provide the plumber's contact information so we may obtain details concerning the repairs. Also, please provide all invoices for labor and materials for the recent renovations and plumbing work.

Concerning ServiceMaster's mold remediation, we have been requested they provide their protocol for the remediation, as well as a written estimate. We will contact them directly for this information.

Finally, please determine if the building is dry enough to prepare an accurate scope of repairs. If so, schedule an inspection with Rich Mancuso and advise me when the inspection is to take place.

We will now hold our file awaiting your reply. In the interim, should you have any questions or concerns, please don't hesitate to contact me.

Regards,

Kevin