# Exhibit E to

# Answer and Affirmative Defenses of Defendant Assurance Company of America

FROM : WJ KRAMER & ASSO                PHONE NO. : 617 723 8382                Apr. 05 2004 05:59AM P2




"Protecting
the policy holders
best Interests."

# Eric Raisman Public Insurance Adjusters, Inc.



Date: 4/2/07

To: Kevin MacNeil

    Phone:
    Fax: 781-942-2113

From:    Eric Raisman Public Insurance Adjusters, Inc.
    Eric Raisman
    Phone:  781-444-6070
    Fax:    781-444-8840

Pages: 5

Subject: URGENT

Re: Dr. Kishore

Response to questions. Please review and respond to coverage asap. Original in mail.

Thank you,

Eric Raisman




FIRE • SMOKE • WATER • WINDSTORM • INVENTORY • LOSS OF INCOME

245 Country Way • Needham, MA 02492 • Tel: 781-444-6070 • Fax: 781-444-8840 • E-mail: eraisman@aol.com

FROM : WJ KRAMER & ASSO          PHONE NO. : 617 723 8382          Apr. 05 2004 06:00AM P3

04/02/2004  14:50   6172328021                                          PAGE  01/04

My name is Punyamurtula Subbarao Kishore. I reside at 535 Clinton Road, Chestnut Hill, MA 02467. I have lived there since August of 1989. My prior address was 11 Monmouth Court, Brookline, MA 02446 and 15 Maple Avenue, Bridgewater, MA. My social security number is 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. My home telephone number is 617-731-0311. My work number is 617-738-4640. My date of birth is 06-03-50. My occupation is a medical physician. My employer is Preventive Medicine Associates. I have worked there since November 1992.

The address of the loss is 15 Maple Avenue, Bridgewater, MA. The property is zoned for residence. Commercial papers have been filed with the town of Bridgewater, MA. The mortgage on the property is with Rockland Trust. The property was purchased in 1981. The purchase price was $57,500.00. The monthly mortgage payment is $1,242.29. My mortgage payments are up to date. There is no second mortgage on the property. I have not filed for bankruptcy. There are no lawsuits pending. There are no liens on the property. The property has not been for sale during the last year. There have been improvements and renovations to the property. Sky Mathews and Dan the plumber painted all the interior rooms on the 1st, 2ed and 3rd floor. They also put in new carpeting on the 1st and 2ed floor. They also put in new baseboard heat and plumbing on the 2ed floor. Landscaping and a new fence were also added. All this work was done over the last 6 months. The property has 13 rooms. All the rooms contained personal property. The property was purchased for my residence. The property on the date of the loss was being revamped as a home office for my practice. The current intended use was from September 2003. Sky Mathews was the office manager at the Bridgewater Family Practice at 15 Maple Avenue, Bridgewater, MA. She can be contacted at 24 Wendell Avenue, Brockton, MA 02302. Sky Mathews was at the property full-time. Sky Mathews was a full-time employee. Sky Mathews is not employed with Bridgewater Family Practice. Sky Mathews left the employment. Sky Mathews left the employment on 2-8-04. I own other properties at 122 Riverway, Boston, MA and 116 Belmont Street, Unit 24, Worcester, MA. Condominiums Association and Resident Superintendent manage the properties. That property manager doesn't manage all my properties. The support documents have been filed with the town of Bridgewater, MA.

The date and time of the loss was reported 2-8-04 at 8AM. The loss was called into my office by Dan the plumber. Dan the plumber shut-off the water. I received a call from Dan the plumber on 2-8-04 at 8AM. Sky Mathews called at 8PM stating that she didn't want to manage this project. The keys to the property were with Sky Mathews. Sky Mathews and Dan the plumber were the last people on the property.

The expenses so far are for the water vacuuming. Clean-up, carpet removal, dumpster brought in, door locks changed, heaters rented to dry the building out and removal and transporting of personal belongs and office supplies. Filing for plumbing, electrical and building permits with the town of Bridgewater, MA.

Staff time to oversee the project and dealings with the insurance adjuster and contractors.

Plumbing, Water Heater, Furnace Work, New Baseboard Heaters to replace cracked old radiators and other plumbing work that is currently going on. Well over $20,000.00.

Demolition of walls and ceiling to trace pipes and fix water damage.

Mold mediation.

Electrical work.

To the best of my knowledge the following items are yet to be determined for the extent of the damage.

Reconstruction of basement ceiling, 1st floor, 2ed floor and 3rd floor rooms, bathrooms and kitchens.

Kitchen and bathroom tile floors and walls on the 1st and 2ed floors.

Water damage to the kitchen cabinets and counters.

And clean up.

The damage to the building is extensive to the basement, 1st floor, 2ed floor and 3rd floor.

The damage was all to the building. The personal and office equipment were moist.

There were no prior losses to the 15 Maple Avenue, Bridgewater, MA property.

The prior insurance carrier was Fitchburg Mutual.

The lapse of coverage was because change of accountants

There is no other insurance coverage for the 15 Maple Avenue, Bridgewater, MA property.

ARE THERE ANY OTHER FACTS CONCERNING THE LOSS WE HAVEN'T COVERED YOU WISH TO ADD.

"I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE."

*Punyamurtula Kishore*    4.2.04.

PUNYAMURTULA KISHORE personally appeared before me, and proved his/her identification through satisfactory evidence, which were _PHOTO ID_ to be the person whose name is signed on the preceding or attached document, in my presence on this 2nd day of _APRIL_ 2004
Sharrel Slome Weiner   Commonwealth of Massachusetts
Notary Public   My Commission Expires February 25, 2011