# Exhibit G to

# Answer and Affirmative Defenses of Defendant Assurance Company of America



"Kevin Macneil" <Kevin.macneil@wkramerassociates.com> on 05/24/2004
03:20:12 PM

Please respond to <Kevin.macneil@wkramerassociates.com>

To: "Eric Raisman" <ERaisman@aol.com>
cc: "Sonal Desai" <sonal.desai@zurichna.com>

Subject: Kishore    ZAI # 535-0005354    WKA # 2004021

Eric,

As you are aware, Zurich had issued a denial letter in which they advised if you had any additional information which may change their coverage determination, please forward it and they will review the information.

On Friday Pharrell Wener contacted me and stated the insured's practice rents the property from the insured. This is our first notice of this arrangement and was not indicated in any conversations or the insured's written statement. Please have the insured or his associate put in writing the arrangement between his practice and the Realty Trust. Please forward a copy of the lease, all cancelled rental checks, books of account and any other documentation that would be relative for our review. Upon review of the documentation, additional documentation may be required.

Please note we are continuing our investigation under a full reservation of rights. Should you have any questions, please don't hesitate to contact me.

Regards,

Kevin P. Macneil
WKA- Reading, MA