Exhibit I to

Answer and Affirmative Defenses of Defendant
Assurance Company of America

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 400   200 FOUR FALLS CORPORATE CENTER   P.O. BOX 800   WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400   800.379.0695   610.941.0711 FAX   www.cozen.com

**Madeline Caprioli Hamilton**
Direct Phone 610.832.8352
Direct Fax   215.701.2193
MCAPRIOLI@COZEN.COM

June 24, 2004

<u>**VIA FACSIMILE - 617-264-9763**</u>

Mr. Pharrell Wener
Financial Controller
Preventative Medicine Associates, Inc.
11 Piece Street
Brookline, MA 02445

   Re: Dr. Punyamurtula Kishore
     Date of Loss: February 7, 2004
     Policy No.: PAS 43013888
     Claim No.: 5350005354-001
     Our File No.: 152429.000

Dear Mr. Wener:

  This letter is in response to the message that you left for William F. Stewart, Esquire, of this office regarding Dr. Punyamurtula Kishore's examination under oath presently scheduled for Monday, June 28, 2004 at 10:00 a.m. You advised that Dr. Kishore has requested that his examination be rescheduled for another date. You further advised that Dr. Kishore intends to retain counsel to represent him regarding this matter.

  My client, Zurich American Insurance Company, will agree to reschedule Dr. Kishore's examination under oath. However, Dr. Kishore should be reminded that he is obligated to appear for an examination under oath regarding this claim pursuant to the terms and conditions of the Zurich insurance policy. I request that Dr. Kishore contact me as soon as possible to provide me with some dates on which he and his counsel are available to reschedule his examination under oath. Zurich wishes to reschedule Dr. Kishore's examination as soon as possible in order to continue to move this claim forward.

Mr. Pharrell Wener
June 24, 2004
Page 2

---

In the meantime, I would ask that Dr. Kishore review the documents that Zurich requested pertaining to this claim as set forth in our letter dated June 18, 2004, to Eric Raisman, Dr. Kishore's public adjuster, on which we copied Dr. Kishore. Zurich requests that Dr. Kishore gather these materials and forward them to my attention as soon as possible, so that Zurich can continue its investigation of this claim.

I will await hearing back from Dr. Kishore and/or his legal counsel regarding the rescheduling of his examination under oath.

Waiving none, but in every respect reserving to the Zurich American Insurance Company all of its rights and defenses under and pursuant to the policy of insurance involved herein, we remain,

Sincerely,

COZEN O'CONNOR

*[signature]*

MADELINE CAPRIOLI HAMILTON

MCH/shs

cc:  Dr. Punyamurtula Kishore (via regular mail & facsimile - 617-264-9763)
     535 Clinton Road
     Chestnut Hill, MA  02467

     Eric Raisman (via regular mail & facsimile – 781-444-8840)
     Eric Raisman Public Insurance Adjusters, Inc.
     245 Country Way
     Needham, MA  02492