# Exhibit J to

# Answer and Affirmative Defenses of Defendant Assurance Company of America



| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>DENVER<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | **COZEN**<br>**O'CONNOR**<br>ATTORNEYS | NEWARK<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>TRENTON<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WICHITA<br>WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 400    200 FOUR FALLS CORPORATE CENTER    P.O. BOX 800    WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400    800.379.0695    610.941.0711 FAX    www.cozen.com

William F. Stewart

Direct Phone 610.832.8356

July 19, 2004

**VIA FACSIMILE (617) 557-5677**

Jason E. Cohn, Esquire
Tommasino & Tommasino
Two Center Plaza
Boston, MA  02108-1904

      Re:   Insured:          **Dr. Punyamurtula Kishore**
            Policy No.:       **PAS 43013888**
            Loss Location:  **15 Maple Street, Bridgewater, MA 02324**
            Our File No.:    **152429.000**

Dear Mr. Cohn:

      I understand that you are back in the office this week.  Please contact me or Madeline Hamilton, Esquire, of this office as soon as possible to reschedule the examination under oath of your client, Dr. Punyamurtula Kishore.  Zurich American Insurance Company wishes to continue its investigation of Dr. Kishore's water loss claim and to move this matter forward.  I am awaiting your response in that regard.

      In addition, I understand from your July 9, 2004 letter that Dr. Kishore is compiling the documents Zurich requested in its June 18, 2004 correspondence.  If Dr. Kishore has compiled those records or any part of them, I would greatly appreciate it if you could forward them to my attention as soon as possible.

July 19, 2004
Page 2

---

    Waiving none, but in every respect reserving to the Zurich American Insurance Company all of its rights and defenses under and pursuant to the policy of insurance involved herein, we remain,

                        Very truly yours,

                        COZEN O'CONNOR

                        By:    William F. Stewart

WFS/shs