# Exhibit K to

# Answer and Affirmative Defenses of Defendant Assurance Company of America



| PHILADELPHIA | | NEW YORK |
|---|---|---|
| ATLANTA | | NEWARK |
| CHARLOTTE | **COZEN** | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | | SEATTLE |
| DALLAS | **O'CONNOR** | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | ATTORNEYS | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 400    200 FOUR FALLS CORPORATE CENTER    P.O. BOX 800    WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400    800.379.0695    610.941.0711 FAX    www.cozen.com

**Madeline Caprioli Hamilton**
Direct Phone  610.832.8352
Direct Fax      215.701.2193
mcaprioli@cozen.com

August 26, 2004

**VIA FACSIMILE - 617-742-7773**

Gordon E. Feener, Esquire
Suite 960
15 Court Square
Boston, MA 02108

      Re:    Dr. Punyamurtula Kishore
             Our File No.: 152429.000

Dear Mr. Feener:

      I am in receipt of you letter dated August 20, 2004 informing me of your representation of Dr. Punyamurtula Kishore. Further, you advised in your letter that you are not available to conduct Dr. Kishore's examination under oath scheduled for August, 30, 2004.

      Please allow me to set forth Zurich's position herein regarding the status of Dr. Kishore's claim. We can then discuss this matter to determine whether Dr. Kishore intends to pursue the claim any further.

      Zurich denied Dr. Kishore's water loss claim by letter dated May 17, 2004, under several policy provisions, including the policy vacancy provision, the exclusion for the continuous or repeated seepage of water over a period of fourteen (14) days or more and the insured's failure to mitigate damages, based on the information known to Zurich at that time. Dr. Kishore then submitted some documents to show that his medical practice, Preventative Medicine Associates, rented the insured property from him, and asked that Zurich reconsider its coverage position. Zurich advised Dr. Kishore, by letter dated June 18, 2004, to his public adjuster, Eric Raisman, that Zurich did not have sufficient information to withdraw the denial, but that Zurich agreed to continue its investigation of the claim. Zurich wants to provide Dr. Kishore with every opportunity to present any evidence he believes is relevant to the claim. Therefore, Zurich has

Gordon E. Feener, Esquire
August 26, 2004
Page 2

---

re-opened its investigation of Dr. Kishore's claim to assure that it has considered all available information that may impact its coverage decision.

Please also allow me to correct a statement in your letter regarding an agreed loss figure. Zurich's adjuster did not "refuse" to reach an agreement amount with Mr. Raisman, as you indicate in your letter. Rather, given Zurich's coverage determination, there was no need to reach an agreed figure. Of course, if Zurich's coverage position changes after it concludes its continued investigation of your client's claim, Zurich's adjuster will immediately reach an agreed loss figure with you and/or Mr. Raisman. Again, Zurich must receive additional information from Dr. Kishore in order to continue with investigation of this loss.

To that end, Zurich noticed an examination under oath of Dr. Kishore, and requested that certain documents be produced, pursuant to the policy's cooperation provisions cited in my June 18, 2004 letter to Mr. Raisman. Two months have now passed since I first noticed Dr. Kishore's examination. Zurich wishes to conduct his examination, and review the relevant records, as soon as possible so that Zurich can advise Dr. Kishore of the results of its continued investigation.

If Dr. Kishore intends to pursue this claim further, he is required under the insurance contract to cooperate with Zurich in its investigation of the claim. Therefore, Zurich again requests that Dr. Kishore appear for an examination under oath and produce the records requested in my letters dated June 18, 2004 and August 5, 2004. Please advise me of dates on which you and Dr. Kishore are available and I will do my best to accommodate you both.

I will await hearing back from you in that regard.

Waiving none, but in every respect reserving to the Zurich American Insurance Company all of its rights and defenses under and pursuant to the policy of insurance involved herein, we remain,

Sincerely,

COZEN O'CONNOR

By:   Madeline Caprioli Hamilton

MCH/shs