# Exhibit L to

# Answer and Affirmative Defenses of Defendant Assurance Company of America

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



# COZEN
## O'CONNOR
### ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 400    200 FOUR FALLS CORPORATE CENTER    P.O. BOX 800    WEST CONSHOHOCKEN, PA 19428-0800
610.941.5400    800.379.0695    610.941.0711 FAX    www.cozen.com

**Madeline Caprioli Hamilton**
Direct Phone   610.832.8352
Direct Fax       215.701.2193
mcaprioli@cozen.com

September 20, 2004

**VIA FACSIMILE - 617-742-7773**

Gordon E. Feener, Esquire
Suite 960
15 Court Square
Boston, MA 02108

      Re:    Dr. Punyamurtula Kishore
             Our File No.: 152429.000

Dear Mr. Feener:

      More than three weeks have passed since I sent my letter dated August 26, 2004 to you regarding the above-referenced claim. In that letter, I advised you that Zurich wishes to conduct an examination under oath of Dr. Punyamurtula Kishore. In addition, Zurich has been requesting over the last several months various documents related to the claim from Dr. Kishore and has not yet received anything from him in that regard.

      Your client requested that Zurich reconsider its coverage decision for this claim. Zurich has agreed to do so, and wishes to continue its investigation of your client's claim. In order to do so, Zurich requires Dr. Kishore's cooperation in its investigation. Please advise me one way or another if Dr. Kishore wishes to pursue this claim.

      In any event, if I do not hear back from you within one (1) week from the date of this correspondence, Zurich will assume that Dr. Kishore does not wish to pursue this water loss claim any further and will close its file accordingly with its original coverage decision remaining in place. Of course, you are welcome to call me to discuss this matter at any time, but Zurich cannot leave this matter unresolved without your client's cooperation.

      I will await hearing back from you in this regard.

Gordon E. Feener, Esquire
September 20, 2004
Page 2

---

    Waiving none, but in every respect reserving to the Zurich American Insurance Company all of its rights and defenses under and pursuant to the policy of insurance involved herein, we remain,

                      Sincerely,

                        COZEN O'CONNOR

                      By:    Madeline Caprioli Hamilton

MCH/shs
cc:    Dr. Punyamurtula Kishore (via regular mail)
       Preventative Medicine Associates, Inc. (via facsimile - 617-264-9763)