**Jury Trial Demand**

The defendant, Assurance Company of America, demands a trial by jury on all issues so triable.

Respectfully submitted,

**ASSURANCE COMPANY OF AMERICA**

By its attorneys,

Dated: October 28, 2004

Anthony R. Zelle, BBO No. 548141
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
Tel: (617) 557-5900
Fax: (617) 557-5999

William F. Stewart, Esquire
**COZEN O'CONNOR**
200 Four Falls Corporate Center
Suite 400
West Conshohocken, PA 19428
Phone: (610) 832-8369
Facsimile: (610) 941-5400

**CERTIFICATE OF SERVICE**

I, Anthony R. Zelle, hereby certify that on October 28, 2004, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court St., Ste. 960, Boston, MA 02108 by first class mail.

Anthony R. Zelle