UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE,  )<br>                         )<br>        Plaintiff,        )<br>                         )<br>v.                        )<br>                         )<br>                         )<br>ASSURANCE COMPANY OF AMERICA, )<br>                         )<br>        Defendant.        )<br>                         ) | No.   04 12175 RGS |

**DEFENDANT ASSURANCE COMPANY OF AMERICA'S
ASSENTED TO MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, defendant Assurance Company of America ("Assurance"), by its counsel Anthony R. Zelle of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108-4404, respectfully moves this Court to admit William F. Stewart of the firm Cozen O'Connor to appear as attorneys in this Court for the limited purpose of this action.

In support of this motion, Assurance states as follows:

1. Assurance has retained as its Massachusetts counsel Anthony R. Zelle of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108-4404. Mr. Zelle is a member in good standing of the Bar of the United States District Court for the District of Massachusetts.

2. As set forth Certificate of Mr. Stewart, which is submitted herewith, he is a member of the United States District Court for the District of Pennsylvania, is not the subject of any disciplinary action in any jurisdiction in which he is admitted to practice, and has read and agree to adhere to the Local Rules of this Court.

3. If Mr. Stewart is admitted to appear in this matter, he would do so under the auspices and supervision of Mr. Zelle.

4. This action arises out of a dispute concerning the application of a property insurance policy issued by Assurance Company of America to Punyamurtula S. Kishore and Mr. Stewart has been involved with this matter since the dispute first arose.

5. Asssurance has requested that Mr. Stewart continue to represent it in this case and Mr. Stewart is experienced in the defense of this type of insurance coverage dispute.

7. Assurance would be prejudiced if Mr. Stewart is not allowed to appear *pro hac vice* in this case since it will lose the benefit of the substantial knowledge, information and expertise he obtained and developed in his work on this matter.

For the foregoing reasons and based on the affidavit of Mr. Stewart submitted herewith, Assurance respectfully requests, with the assent of plaintiff Punyamurtula S. Kishore, that this Court admit William F. Stewart *pro hac vice*.

Dated: November 5, 2004

**Assurance Company of America**

By its counsel,

*/s/ Anthony R. Zelle*

Anthony R. Zelle BBO No. 548141
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108
(617) 557-5900
(617) 557-5999

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Anthony R. Zelle, counsel to defendant Assurance Company of America, hereby certify that on this 18th day of October 2004, I conferred with plaintiff's counsel, Gordon Feener, regarding the subject of the within motion and was informed that defendants would not oppose this motion.

*/s/ Anthony R. Zelle*

**CERTIFICATE OF SERVICE**

I, Anthony R. Zelle, hereby certify that on November 5, 2004, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court St., Ste. 960, Boston, MA 02108 by first class mail.

*/s/ Anthony R. Zelle*

Anthony R. Zelle