UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE,<br><br>    Plaintiff,<br><br>v.<br><br>ASSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No. 1:04-CV-12175 |

### CERTIFICATE OF WILLIAM F. STEWART IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE

In support of my request to appear *pro hac vice* on behalf of defendant, Assurance Company of America, ("Assurance") in this matter, I hereby certify as follows:

1. I am a partner in the law firm of Cozen O'Connor resident in the firm's West Coonshohocken office.

2. I am a member in good standing of the bars of the States of Pennsylvania and New Jersey and the U.S. District Court for the District of Pennsylvania.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have reviewed and am familiar with the Local Rules for the United States District Court for the District of Massachusetts, and will abide by the same.

I declare under the pains and penalties of perjury that the foregoing statements made by me are true and accurate.

                                                      /s/ William F. Stewart
                                                      William F. Stewart