UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ASSURANCE COMPANY OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | No.   04 12175 RGS |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Counsel for the parties have conferred and have agreed to the following Proposed Joint Statement.

I. **Discovery Schedule**

   A.   Both parties have served their initial disclosures.

   B.   Motions to amend the pleadings or to add additional parties will be filed by March 1, 2005.

   C.   Interrogatories and Requests for Production and third-party subpoenas for records will be served by April 15, 2005.

   D.   Plaintiffs and defendants jointly request leave to each take up to six depositions prior to June 30, 2005.

II. **Motion Schedule**

   A.   Motions for Summary Judgment will be filed by July 30, 2005.

   B.   Oppositions will be filed by August 30, 2005.

   C.   Reply briefs will be filed by September 15, 2005.

   D.   A hearing on the summary judgment motions will be set in October, 2005.

III. **Trial of this Matter by a Magistrate Judge**

The parties have not agreed to the trial of this matter by a magistrate judge.

IV. **Settlement Proposals**

In accordance with Local Rule 16.1(C), plaintiff presented a written settlement proposal to the defendant by letter dated January 19, 2005. Defense counsel is conferring with his clients on the subject of settlement and is prepared to respond to the proposal at the scheduling conference.

V. **Certification Pursuant to Local Rule 16.1**

The parties and their counsel have filed their Local Rule 16.1 Certifications with the Court.

| PUNYAMURTULA S. KISHORE, | ASSURANCE COMPANY OF AMERICA |
|---|---|
| By his attorney, | By its attorneys, |
| *signed* 1-19-05 | *signed* Anthony R Zelle |
| Gordon E. Feener BBO No. 559143 | Anthony R. Zelle, BBO No. 548141 |
| 15 Court Square, Suite #960 | **ROBINSON & COLE LLP** |
| Boston, MA 02108 | One Boston Place |
| Tel. (617)742-7770 | Boston, MA 02108-4404 |
| Fax: (617)742-7773 | Tel: (617) 557-5900 |
| | Fax: (617) 557-5999 |
| | |
| | William F. Stewart, Esq. (*pro hac vice*) |
| | COZEN O'CONNOR |
| | 200 Four Falls Corporate Center |
| | Suite 400 |
| | West Conshohocken, PA 19428 |
| | Phone: (610) 832-8369 |
| | Facsimile: (610) 941-5400 |

Dated: January 19, 2005

## Certificate of Service

I, Anthony R. Zelle, hereby certify that on January 19, 2005, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court Square, Suite #960, Boston, MA 02108 by first class mail.

*Anthony R Zelle*

Anthony R. Zelle