# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE, )<br><br>    Plaintiff, )<br><br>v. )<br>    )<br><br>ASSURANCE COMPANY OF AMERICA, )<br><br>    Defendant. ) | No.    04 12175 RGS |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned, Sonal Desai, a duly authorized representative of Assurance Company of America, and Anthony R. Zelle, counsel for Assurance Company of America, submit this certification in accordance with Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts.

Ms. Desai has primary responsibility for handling of this case and has the authority to make binding decisions on behalf of Assurance Company of America in this regard. Ms. Desai has conferred with counsel with a view toward establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation. She has also conferred with counsel to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the U. S. District Court for the District of Massachusetts.


_____
Sonal Desai
ASSURANCE COMPANY OF AMERICA

1400 American Lane
Schaumburg, IL 60196
United States of America

Anthony R. Zelle  BBO No. 548141
ROBINSON & COLE, LLP
One Boston Place
Boston, MA 02108-4404
Tel. (617) 557-5900
Fax: (617)557-5999

## Certificate of Service

I, Anthony R. Zelle, hereby certify that on January 20, 2005, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court Square, Suite #960, Boston, MA 02108 by first class mail.

Anthony R. Zelle