UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE, | ) |
| Plaintiff, | ) |
| v. | ) No.   04 12175 RGS |
| ASSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Brian P. McDonough of the law firm of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108, hereby notifies the Court and the parties of his appearance in this matter as co-counsel on behalf of defendant Assurance Company of America.

Respectfully submitted,

ASSURANCE COMPANY OF AMERICA
By its attorneys,


/s/ Brian P. McDonough
Brian P. McDonough,
BBO# 637999
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
Telephone: 617-557-5971

Date:  January 21, 2005

BOST1-848166-1