UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PUNYAMURTULA S. KISHORE,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No.   04-12175 RGS |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Mass.R.Civ.P. 41(a)(1), the parties to the above-captioned matter, through their respective counsel, hereby stipulate and agree that all claims asserted in this action shall be dismissed with prejudice, and without costs.

PUNYAMURTULA S. KISHORE

By his attorney,

/s/ Gordon E. Feener

Gordon E. Feener, BBO No. 559143
15 Court Square, Suite #960
Boston, MA 02108
Tel: (617) 742-7770
Fax: (617) 742-7773

ASSURANCE COMPANY OF AMERICA

By its attorneys,

/s/ Anthony R. Zelle

Anthony R. Zelle, BBO No. 548141
Brian P. McDonough, BBO# 637999
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
Tel: (617) 557-5900
Fax: (617) 557-5999

William F. Stewart, Esq. (*pro hac vice*)
COZEN O'CONNOR
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428
Tel: (610) 832-8369
Fax: (610) 941-5400

Dated: February 3, 2005
BOST1-849126-1

## Certificate of Service

I, Anthony R. Zelle, hereby certify that on February 3, 2005, I served a copy of this document on counsel for plaintiff, Gordon E. Feener, 15 Court Square, Suite #960, Boston, MA 02108 by first class mail.

_____
Anthony R. Zelle